IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Williams, Lucy Parsons Labs, Daniel Ortiz, and Derick Scruggs, on behalf of himself and a class of similarly situated people, | )<br>)<br>)<br>)<br>) Case No. 22-cv-3773 |
| Plaintiffs, | )<br>) Hon. Ronald A. Guzman |
| v. | )<br>) |
| City of Chicago, et al., | )<br>) |
| Defendants. | ) |

## INDIVIDUAL OFFICER DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants, Nicholas Evangelides, Dale Potter Jr., Michael Kociolek, Scott Reiff, Brian Roney, Juan Perez, Marc LaPadula, Scott Brownley, Joseph Merkel, Carol Maresso, Nestor De Jesus, Salvatore Aloisio, Robert Costello, Michael Dougherty, David Magana, Eduardo Almanza, Harsimran Powar, Michael Matias, Fidel Legorreta, Theodore Andrews Jr., Sarah Keckley, and "Jane Doe", (collectively "Individual Officer Defendants"), respectfully request leave to file a Motion to Dismiss, in excess of fifteen (15) pages. In support thereof, Individual Officer Defendants state as follows:

1. Defendants' counsel have conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion.

2. Individual Plaintiffs Michael Williams, Daniel Ortiz, and Derick Scruggs, and organizational Plaintiff Lucy Parsons Labs (collectively, "Plaintiffs") filed their Amended Civil Rights Class Action Complaint For Declaratory And Injunctive Relief And For Damages ("Amended Complaint") on November 14, 2022. Dkt. 38.

3. The Amended Complaint is 122 pages long. There are three individual plaintiffs. Each plaintiff alleges separate and distinct facts associated with their interaction with their respective individual

1

defendants. Plaintiff Williams in particular, makes lengthy allegations relating to his investigation and subsequent prosecution for murder. There are twenty-one (21) named Individual Officer Defendants. Plaintiffs are seeking declaratory relief, injunctive relief, compensatory damages, and punitive damages. Dkt. 38.

4. Plaintiffs have asserted numerous claims against Individual Officer Defendants, both under Section 1983 and Illinois state law. There are a total of twenty-four (24) counts.

5. This Court ordered that Defendants shall answer or otherwise plead on or before January 4, 2023. Dkt. 37.

6. Defendants intend to file their Motion to Dismiss by January 4, 2023, and will seek dismissal of nearly all counts asserted by Plaintiffs against Individual Officer Defendants.

7. Local Rule 7.1 imposes a fifteen-page limit on the Motion to Dismiss. Defendants have attempted to address the Amended Complaint as succinctly as possible. Individual Officer Defendants request leave to file a Motion to Dismiss not to exceed eighty-five (85) pages[1] because there are (a) three distinct and individual plaintiffs, (b) each pleading multiple causes of action based on entirely different incidents against (c) three different sets of officers who each face their own individual liability for their actions, (d) with expansive and complex claims and, (e) eighteen (18) causes of action asserted against the Individual Officer Defendants. Given the nature of the Amended Complaint, good cause exists for the requested extension of the page limit.

8. Individual Officer Defendants are aware that this Court's time is valuable and, that this Court values concision and economy. Individual Officer Defendants do not wish to unnecessarily burden this Court with lengthy pleadings and will make every effort to streamline pleadings for efficiency. However, to sufficiently address the claims against twenty-one officers, in three distinct and individual

---

[1] Excluding Table of Authorities, Table of Contents, Signatures and Exhibits.

cases, counsel for Individual Defendants request leave to file excess pages. By addressing this complex complaint that entails three separate causes of action thoughtfully, the Individual Defendants endeavor to narrow the issues before this Court for the future of the litigation.

9. The Motion to Dismiss will comply with Local Rule 7.1's requirement that briefs in excess of fifteen pages have a table of contents and a table of authorities.

WHEREOFRE, Individual Officer Defendants respectfully request leave to file an oversized Motion to Dismiss, not to exceed eighty-five (85) pages.

Dated: January 3, 2023          Respectfully submitted,

*s/ Neha Locke (Att. #6303984)*
Shneur Z. Nathan (snathan@nklawllp.com)
Avi Kamionski (akamionski@nklawllp.com)
Neha Locke (nlocke@nklawllp.com)
NATHAN & KAMIONSKI, LLP
33 W. Monroe St., Suite 1830
Chicago, IL 60603
(312) 612-1955

*Attorneys for Individual Officer Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I electronically filed the forgoing document with the Court's CM/ECF system on the date stamped on the above margin and the system caused an electronic copy to be sent to all counsel of record.

*Neha Locke*