# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, LUCY PARSONS LABS, DANIEL ORTIZ, and DERICK SCRUGGS, on behalf of himself and a class of similarly situated people. | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 22-cv-3773 |
| v. | ) Judge Ronald A. Guzman.<br>) Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, et al. | ) |
| Defendants, | ) |

## PLAINTIFFS' RESPONSE TO INDIVIDUAL OFFICER DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Individual Plaintiffs MICHAEL WILLIAMS, DANIEL ORTIZ, and DERICK SCRUGGS, and organizational Plaintiff LUCY PARSONS LABS, respectfully submit this response to the Individuals Officer Defendants' purportedly unopposed motion for leave to file excess pages and state as follows:

1. This Court ordered the Individual Officer Defendants to respond to Plaintiffs' Amended Complaint by January 13, 2023. *See* ECF No. 37.[1]

2. Earlier today, the Individual Officer Defendants filed a motion for leave to file a motion to dismiss "not to exceed eighty-five (85) pages," not including table of authorities, table of contents, signatures, and exhibits. *See* ECF No. 48 ¶ 7 & n.1.

---

[1] Individual Officer Defendants' motion incorrectly states that the Court ordered them to "answer or otherwise plead on or before January 4, 2023." ECF No. 48 ¶ 5–6. This Court's order actually provides that "[t]he individual officer defendants shall respond to the amended complaint by 1/13/2023." ECF No. 37. The January 4, 2023 deadline only applies to Defendant City of Chicago. *Id.* 37. ("Defendant City of Chicago shall respond to the amended complaint by 1/4/2023.").

3. Counsel for the Individual Officer Defendants represented in their motion that they had "conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion." *Id.* ¶ 1.

4. In fact, counsel for the Individual Officer Defendants never alerted Plaintiffs' counsel that they would be seeking leave to file an 85-page brief and, if they had, Plaintiffs would have indicated their opposition to such an extraordinary request.

5. On Wednesday, December 21, 2022, counsel for the Defendants City of Chicago and Superintendent Brown (together, "City Defendants") emailed all counsel seeking Plaintiffs' position on an "enlargement of the page limit to permit a motion to dismiss not to exceed 30 pages." Later the same day, counsel for the Individual Officer Defendants replied, stating "Individual City Defendants join in that motion and also require an enlargement of the page limit, for the same reasons cited by [counsel for the City Defendants]."

6. In response, undersigned counsel responded to all counsel that "Plaintiffs do not have any objection to the proposed motion you've described. You can indicate that we do not oppose."

7. Plaintiffs received no further correspondence on this matter from counsel for the Individual Officer Defendants. Plaintiffs were therefore misled to believe that Individual Officer Defendants were seeking the same 30-page limit as the City Defendants whose motion counsel for the Individual Officer Defendants had represented they intended to "join." Plaintiffs were blindsided by the request for an 85-page brief.

8. Plaintiffs submit that the request for leave to file an 85-page motion is excessive and has not been adequately justified by the Individual Officer Defendants. While Plaintiffs' Amended Complaint is detailed and thorough, the allegations of the three individual Plaintiffs against the Individual Officer Defendants present straightforward claims arising from violations

of familiar Fourth Amendment rights and related state laws. Moreover, six of the 24 counts in the Amended Complaint are directed against the City Defendants, not the Individual Officer Defendants.

9. Plaintiffs respectfully ask the Court to deny the motion and grant only a more reasonable extension of the page limit to the Individual Officer Defendants.

Dated: January 3, 2023

Respectfully submitted,

/s/Jonathan Manes
Jonathan Manes
Alexa Van Brunt
Roderick & Solange MacArthur Justice Center
160 E. Grand Ave., 6th Floor
Chicago, IL 60611
(312) 503-0012 (tel)
(312) 503-0891 (fax)
jonathan.manes@macarthurjustice.org
alexa.vanbrunt@macarthurjustice.org