# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Michael Williams, Lucy Parsons Labs, Daniel Ortiz, and Derick Scruggs, on behalf of himself and a class of similarly situated people, | ) ) ) ) ) Case No. 22-cv-3773 |
| Plaintiffs, | ) ) Hon. Ronald A. Guzman |
| v. | ) ) ) |
| City of Chicago, et al., | ) ) |
| Defendants. | ) |

## INDIVIDUAL DEFENDANTS' REPLY TO PLAINTIFFS' OBJECTION TO INDIVIDUAL DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants, Nicholas Evangelides, Dale Potter Jr., Michael Kociolek, Scott Reiff, Brian Roney, Juan Perez, Marc LaPadula, Scott Brownley, Joseph Merkel, Carol Maresso, Nestor De Jesus, Salvatore Aloisio, Robert Costello, Michael Dougherty, David Magana, Eduardo Almanza, Harsimran Powar, Michael Matias, Fidel Legorreta, Theodore Andrews Jr., Sarah Keckley, and "Jane Doe", (collectively "Individual Officer Defendants"), respectfully request leave to file a Motion to Dismiss, in excess of fifteen (15) pages. In support thereof, Individual Officer Defendants state as follows:

1. On December 21, 2022, counsel for Individual Defendants, City Defendants and Plaintiffs, conferred via email. Counsel for City Defendants informed Plaintiffs that they required an enlargement of the page limit for their motion to dismiss. Counsel for the City proposed the page limit not to exceed 30 pages. Individual Defendants did not cite a proposed page limit, but replied that they likewise needed an enlargement of the page limit. Plaintiffs' counsel responded to both defense attorneys that Plaintiffs did not have an objection to the described proposed motion.

2. It was based on that response from Plaintiffs' counsel that Individual Defendants filed a motion on January 3, 2022, for leave to file excess pages and represented that the motion was unopposed by Plaintiffs. Dkt. # 48. Subsequently, counsel for Plaintiffs filed their response in Dkt. #

49 objecting to Individual Defendants' motion and stating that the motion was opposed as Plaintiffs did not agree to an excess page limit of 85 pages, as proposed by Individual Defendants.

3.      This Reply is being filed to clarify that it was not defense counsel's intent to mislead Plaintiffs' counsel or misrepresent the communications between the parties to this Court. It was an oversight, on defense counsel's part, not to see the proposed page limit in the City's initial email. But for the oversight, counsel for Individual Defendants certainly would have made a more specific and individual request to Plaintiffs' counsel. Defense counsel apologizes for this oversight and miscommunication.

4.      Nevertheless, for the reasons stated in the original motion, Individual Defendants seek leave of this Court to file excess pages, not to exceed 85 pages in their Motion to Dismiss the Amended Complaint. Contrary to Plaintiffs' objection, this request is not excessive and is justified. The Amended Complaint is 122 pages long. It is essentially three Section 1983 complaints, plus a class-action, rolled into one lawsuit. Each of the three plaintiffs allege separate and distinct facts, separate and distinct causes of action, against three groups of separate and distinct individual defendant officers. There are twenty-one (21) named Individual Officer Defendants that need to be addressed in the Motion to Dismiss across eighteen (18) causes of action asserted against the Individual Defendants. Dkt. # 38.

5.      Good cause exists for the requested extension of the page limit. Therefore, as elaborated upon in the original motion and clarified in this reply as *opposed,* Individual Defendants request leave to file a Motion to Dismiss not to exceed eighty-five (85) pages.[1]

Dated:  January 3, 2023                                         Respectfully submitted,

                                                                *s/  Neha Locke (Att. #6303984)*
                                                                Neha Locke

---

[1] Excluding Table of Authorities, Table of Contents, Signatures and Exhibits.

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, hereby certify that I electronically filed the forgoing document with the Court's CM/ECF system on the date stamped on the above margin and the system caused an electronic copy to be sent to all counsel of record.

                    *s/ Neha Locke (Att. #6303984)*
                    Neha Locke

Avi T. Kamionski
Shneur Nathan
Helen C. O'Shaughnessy
Neha Locke
Matthew Mc Carter
NATHAN & KAMIONSKI LLP
33 W. Monroe St., Suite 1830
Chicago, IL  60603
312-612-2255