## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICHAEL WILLIAMS, *et al.*

               Plaintiffs,

          v.

CITY OF CHICAGO, *et al.*,

               Defendants.

Case No. 22-cv-3773

Judge Ronald A. Guzman
Chief Magistrate Judge Young B. Kim

## JOINT INITIAL STATUS REPORT AND
## PROPOSED DISCOVERY PLAN

All parties, by and through their undersigned counsel, submit this joint initial status report and proposed discovery plan, pursuant to this Court's Order of October 24, 2022 (ECF No. 37) and subsequent Orders entered in this case.

### Initial Conference

1.    The parties advise the Court that on January 12, 2023 they held an initial conference pursuant to Rule 26(f).

2.    The parties further advise the Court that they have discussed the prospects for early settlement of all or part of this case and do not believe there is a realistic prospect of settlement of any claims at this time.

3.     The parties discussed and agree that a Court-ordered protective order governing confidential information exchanged in discovery is appropriate in this case, as is a Qualified Protective Order that complies with HIPAA requirements. The parties have not yet reached agreement as to any potential modifications to the Court's Model Confidentiality Order. On or before February 24, 2023, the parties will submit appropriate motions (or, if they are in agreement, a joint motion) for such confidentiality orders in accordance with the Court's Standing Order on Confidentiality or Protective Orders and Filing Material Under Seal.

4.     The parties do not at this time anticipate further amendments of the pleadings or joinder of additional parties. Plaintiffs, however, reserve their right under Rule 15(a)(1)(B) to amend their pleading within 21 days after service of Defendants' motions under Rule 12(b)(6). Any amendments thereafter will be made on consent, with the Court's leave, or as otherwise provided by the Rules.

**Initial Disclosure and Discovery Schedule**

5.     The parties have discussed the subject matter, timing, sequence, and manner of discovery, including with respect to electronically-stored information.

6.     None of the parties have thus far made initial disclosures pursuant to Rule 26(a). The parties propose that Rule 26(a)(1) disclosures shall be made by March 3, 2023.

2

7. Defendants City of Chicago and Superintendent Brown (the "City Defendants") request that the Court limit the scope of the Rule 26(a)(1) disclosures to the issues raised in Plaintiffs Williams, Ortiz, and Scruggs' claims against the Individual Defendants and defer disclosures related to the *Monell* and ICRA claims as further explained in paragraph 12, below. Plaintiff opposes any delay of initial disclosures and intends to proceed to discovery on all claims.

8. Plaintiffs propose that fact discovery close on July 5, 2024.

9. In response to Plaintiffs' proposal, the Individual Defendants intend to file a motion for limited stay of discovery until the resolution of their motion to dismiss. Plaintiff objects to such a motion.

10. Individual Defendants propose the following briefing schedule on the aforementioned motion for limited to stay:

- motion to be filed by March 3, 2023;

- response by March 17, 2023; and

- reply by March 31, 2023.

11. Plaintiffs do not agree with Individual Defendants' proposal, which delays briefing on a motion to stay until after initial disclosures and briefing on the motion to dismiss are complete. Plaintiffs interpret this Court's order to mean that discovery is presumptively open unless/until the Court enters an order staying discovery. *See* Minute Entry, ECF No. 53 ("The Court does not typically stay discovery during the pendency of motions to dismiss.").

If Individual Defendants choose to file a motion to stay discovery, Plaintiffs will respond to it.

12.     The City Defendants intend to file a Motion to Bifurcate and to Stay Discovery of Plaintiffs' *Monell* claims, ICRA claim, and class action certification pending the resolution of Plaintiffs' claims against Individual Defendants. In light of the City Defendants' pending motion to dismiss that challenges Plaintiffs' standing to pursue their claims against the City and the sufficiency of Plaintiffs' allegations against the City's Defendants, the City requests that the Court set a deadline for presentment of the motion to bifurcate and stay upon resolution of their motion to dismiss.

13.     Plaintiffs will oppose any bifurcation and stay of discovery of the claims against the City Defendants. Plaintiffs also oppose the City's proposal that the Court set a deadline for its planned motion to bifurcate and stay discovery until after their motion to dismiss has been resolved.

14.     The parties further propose that the Court set a status hearing for 30 days before the close of discovery at which time the parties anticipate that they will have a better understanding of the experts that will be disclosed and the time needed to make such disclosures.

## Consent to Proceed Before Magistrate

15.     The parties do not consent to have the currently-designated United States Magistrate Judge conduct all proceedings in this case.

Respectfully Submitted,

/s Shneur Nathan
Shneur Nathan, Avi Kamionski
Helen O'Shaughnessy, and
Neha Locke
Nathan & Kamionski LLP
33 W. Monroe, Suite 1830
Chicago, Illinois 60603
(312) 612-1955
snathan@nklawllp.com

Attorneys for Individual
Defendants

/s Jonathan Manes
Jonathan Manes
Alexa Van Brunt
MacArthur Justice Center
160 E. Grand Ave., 6th Fl.
Chicago, Illinois 60615
(312) 503-0012
jonathan.manes@macarthurjustice.org

/s Michael P. Sheehan
Michael P. Sheehan
Allan T. Slagel
Barton O'Brien
Ioana M. Guset
Yeoeun C. Yoon
TAFT STETTINIUS AND HOLLISTER
LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Facsimile:   (312) 527-4011
Email:
          msheehan@taftlaw.com
              aslagel@taftlaw.com
              bobrien@taftlaw.com
              iguset@taftlaw.com
              yyoon@taftlaw.com

Attorneys for City and
Superintendent David Brown

Elizabeth Mazur
Hughes Socol Piers Resnick & Dym
70 W. Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
emazur@hsplegal.com

Attorneys for Plaintiffs

Dated: January 20, 2023