# EXHIBIT A

**Plaintiff Michael Williams' First Set of Interrogatories to Defendants City of Chicago and the Williams Defendant Officers**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MICHAEL WILLIAMS, *et al.*, | |
| Plaintiffs, | Case No. 22-cv-3773 |
| v. | Judge Ronald A. Guzmán |
| | Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, *et al.*, | |
| Defendants. | |

**PLAINTIFF MICHAEL WILLIAMS' FIRST SET OF
INTERROGATORIES TO DEFENDANTS
<u>CITY OF CHICAGO AND THE WILLIAMS DEFENDANT OFFICERS</u>**

Plaintiff Michael Williams propounds the following Interrogatories pursuant to Federal

Rule of Civil Procedure 33 to Defendant City of Chicago the Williams Defendant Officers (see

Plaintiffs' First Amended Complaint ¶ 36) to be answered within 30 days:

### Definitions

1.      "Document" shall have the broadest possible meaning under the Federal Rules of

Civil Procedure and shall include but is not limited to any handwritten, typed, photographed,

computerized, electronic, audio, video, or other graphical matter, regardless of how it is printed,

stored or reproduced, in your possession, custody, or control, or known by you to exist, whether

or not claimed to be privileged or otherwise excludable from discovery.

2.      "Communication" includes any/all forms of communication, including, for

example, letters, emails (and any attachments thereto), notes, text messages, voicemails, social

media communications or the like.

3.    "Williams Defendant Officers" means Officers Nicholas Evangelides, Dale Potter Jr., Michael Kociolek, Scott Reiff, Brian Roney, Juan Perez, Marc Lapadula, Scott Brownley, Joseph Merkel, Carol Maresso, Nestor De Jesus, Salvatore Aloisio, Robert Costello, Michael Dougherty, David Magana, and Eduardo Almanza.

4.    "Defendant Officers" means all of the individually-named Defendants in this action.

5.    "Safarian Herring Homicide Investigation and Michael Williams Arrest/Detention" refers to each and every event described in the First Amended Complaint at paragraphs 6–9, 26, 36, 102, 225–348, 566–628, including but not limited to the shooting death of Safarian Herring on May 31, 2020; any actions taken to determine the cause or circumstances of and/or the person or persons responsible for the shooting incident that resulted in the death of Safarian Herring; the investigation, arrest, and detention of Michael Williams; the prosecution of Michael Williams and subsequent dismissal of charges; as well as any other police response, investigation, 9-1-1 call or resident report relating to the shooting death of Safarian Herring.

6.    "Person" shall refer to any individual, corporation, partnership, organization or other legal entity.

7.    "Relate," "relating to," "regarding" or "concerning" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

8.    "Identify" with respect to a person shall mean to provide that person's name, address, and telephone number; with respect to a Document, "identify" shall mean to tprovide the date of the Document, the authority of the Document, the subject matter of the Document, and, where applicable, all recipients of the Document; with respect to a Communication,

"identify" shall mean to provide the date of the Communication, the person making the Communication, the subject matter of the Communication, and all Persons who received the Communication.

9.      "And" and "or" mean "and/or" so that the terms are given their broadest possible meaning. In construing the request, the singular shall include the plural and the plural shall include the singular, and the use of a masculine, feminine, or neuter pronoun shall not exclude any of the others. The past tense includes the present tense and the present tense includes the past tense, where the clear meaning is not destroyed by the change.

**Instructions**

1.      To the extent that you refuse to answer any of these Interrogatories based on an objection on any ground, fully answer all portions of the interrogatory not subject to such objection.

2.      Wherever appropriate, the singular form of a word shall be interpreted as plural.

3.      With respect to any document which a Defendant withholds on a claim of privilege, provide a statement signed by an attorney representing a Defendant setting forth:

   a.   The name and sender(s) of the document;

   b.   The name of the author(s) of the document;

   c.   The name of person(s) to whom copies were sent;

   d.   The job title of every person named in a), b), and c) above;

   e.   The date of the document;

   f.   A brief description of the nature and subject matter of the document;

   g.   The statute, rule, or decision, which is claimed to give rise to the privilege.

4.      All requests herein are continuing in nature so as to require prompt supplemental responses when and if the defendant obtains additional information.  Additional documents or information shall be produced promptly upon the defendant's acquisition, but not later than 30 days after such documents or information are received by the defendant.

### Interrogatories

1.      For all Documents responsive to Plaintiff's Requests for Production that you contend has been lost, discarded, or destroyed, identify each such Document as completely as possible and state (a) the approximate date it was lost, discarded, or destroyed; (b) the circumstances and manner in which it was lost, discarded,  or destroyed; (c) the identity of the person(s) with knowledge of its content; and (d) identify the person(s) last known to have seen or possessed it.

**Answer:**


2.      For all Affirmative Defenses pled in this matter, describe the entire factual basis or bases supporting those defense(s). If there is any physical, documentary, or testimonial evidence which supports any such defense, please identify it specifically. The information sought by this Interrogatory is not a mere recitation of the statutory sections invoked, but rather a description of any fact on which immunity is asserted so that Plaintiff may have the opportunity to investigate by way of additional discovery requests.

**Answer:**


3.      Identify all Chicago Police Officers who participated in and/or had any input into the decision to arrest Michael Williams for murder.

**Answer:**

4.      Identify all Chicago Police Officers who participated in and/or had any input into the decision to seek murder charges against Michael Williams.

**Answer:**

5.      If you contend that Michael Williams's arrest for the murder of Safarian Herring was supported by probable cause, state all facts known to Chicago Police Officers at the time of his detention that you contend establish probable cause.

**Answer:**

6.      To your knowledge, have any efforts been made to determine the license plate number and/or identity of the driver or passenger(s) of the dark sedan/coupe referenced in Paragraph 266 of Plaintiffs' First Amended Complaint? If so, describe all efforts that have been made and identify all persons involved in those efforts.

**Answer:**

7.      ***For Williams Defendant Officers Only.*** Identify every person with whom you have ever communicated about Michael Williams, Safarian Herring and/or the allegations in Plaintiff's complaint that are specific to Michael Williams. For each such communication, please state: (a) when and with whom the communication occurred; and (b) a summary of the nature of the communication. If you intend to answer by referencing Documents created by someone else,

please state under oath whether those Documents reference every communication responsive to this Interrogatory.

**Answer:**


8.    ***For Williams Defendant Officers Only.*** Identify all modes of electronic communication (for example, your work email, your private email, messaging apps, cell phone, police radio, etc.) you used to communicate with any other person in reference to Michael Williams, Safarian Herring, the investigation of Safarian Herring's shooting, and/or the allegations Plaintiffs' First Amended Complaint that are specific to Michael Williams. For each mode of communication, provide identifying information sufficient for Plaintiff to subpoena or request records of your communications (for example, email address and email account custodian; name of messaging app, your individual username, and custodian; cell phone number, account holder, and service provider).

**Answer:**


9.    ***For Williams Defendant Officers Only.*** In chronological order, list every occupation or job you have had, including, for each, the name and address of the employer and the dates and positions held; whether you were ever subjected to disciplinary proceedings; and, if terminated, the reason for your termination.

**Answer:**


10.    ***For Williams Defendant Officers Only.*** State whether you have ever been arrested, detained or cited by a police officer or other law enforcement official. For each arrest,

detention or citation, identify the date, the law enforcement agencies or officers involved, the charge, and the ultimate disposition of any charges, as well as whether you were ever convicted of any offense.

**Answer:**

11.     ***For Williams Defendant Officers Only.*** For punitive damage purposes, please estimate your financial worth (in dollars). Additionally, please describe how that net worth has been calculated, including Defendant's yearly salary, and list any and all assets of value in excess of $2,500 (including a description of any ownership of stock or mutual funds).

**Answer:**


Respectfully submitted,

/s/Jonathan Manes

*One of Plaintiffs' Attorneys*


Jonathan Manes
Alexa Van Brunt
MacArthur Justice Center
160 E. Grand Ave., 6th Fl.
Chicago, Illinois 60615
(312) 503-0012
jonathan.manes@macarthurjustice.org
a-vanbrunt@law.northwestern.edu

Elizabeth Mazur
Hughes Socol Piers Resnick & Dym
70 W. Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
emazur@hsplegal.com

Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.

Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document was served to all counsel of record by electronic mail on February 17, 2023.


Respectfully submitted,

/s/Daniel Massoglia

*One of Plaintiffs' Attorneys*

9