**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL WILLIAMS, LUCY PARSONS LABS, DANIEL ORTIZ, and DERICK SCRUGGS, on behalf of himself and a class of similarly situated people. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-3773 |
| v. | ) ) | Judge Lindsay C. Jenkins  Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, et al. | ) ) | |
| Defendants, | ) | |

**NOTICE OF MOTION**

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on **Wednesday May 17, 2023 at 2:00pm**, or as soon after as counsel may be heard by the Court, counsel for Plaintiff shall appear before the Honorable Judge Young B. Kim or any Judge sitting in his stead in **Courtroom 1019** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, and there present *Plaintiffs' Motion for Leave to Serve Supplemental Requests for Production and to Compel a Response to Certain Interrogatories.*

/s/ Joseph DiCola

*One of Plaintiff's Attorneys*

Joseph DiCola (#6329608)
First Defense Legal Aid
601 S. California Avenue
Chicago, Illinois 60612
P: 708-967-3334
E: joseph@first-defense.org

1

## **CERTIFICATE OF SERVICE**

I, Joseph DiCola, an attorney, hereby certify that this Notice of Motion was served on all counsel of record by filing it on the Court's CMECF system on May 12, 2023.

Respectfully submitted,

/s/ Joseph DiCola
*One of Plaintiff's Attorneys*

Joseph DiCola (#6329608)
First Defense Legal Aid
601 S. California Avenue
Chicago, Illinois 60612
P: 708-967-3334
E: joseph@first-defense.org