IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, LUCY PARSONS LABS, DANIEL ORTIZ, and DERICK SCRUGGS, on behalf of himself and a class of similarly situated people. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-3773 |
| v. | ) ) ) | Judge Lindsay C. Jenkins Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, et al. | ) ) | |
| Defendants, | ) | |

## NOTICE OF MOTION

TO: Mary Margaret Burke
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
mary.burke@cookcountyil.gov

    PLEASE TAKE NOTICE that on Monday, May 22, 2023, at 11:00 a.m., we shall appear before the Honorable Magistrate Judge Young B. Kim in Room 1019 of the United States District Courthouse for the Northern District of Illinois, Eastern Division, located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present, Plaintiffs' Motion to Enforce Plaintiff's Subpoena to CCSAO, a copy of which is attached hereto and now hereby served upon you.

                                            Respectfully submitted,

                                            /s/ *Elizabeth Mazur*
                                            Elizabeth Mazur

Hughes Socol Piers Resnick & Dym, Ltd
70 W. Madison, Suite 4000
Chicago, Illinois 60603
312.580.0100
emazur@hsplegal.com

## **CERTIFICATE OF SERVICE**

      I, Elizabeth Mazur, an attorney, certify that I served this Notice of Motion to Enforce Plaintiff's Subpoena to CCSAO on all counsel of record by filing it on the Court's CMECF system.

I also served a copy of this motion by email to

Mary Margaret Burke
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
mary.burke@cookcountyil.gov


                                              /s/ *Elizabeth Mazur*