## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Williams, et al.

                    Plaintiff,

v.                                                   Case No.: 1:22−cv−03773
                                                     Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff Williams's motion to enforce subpoena [92] is entered and continued. A hearing on this motion will take place, as noticed, on May 22, 2023, at 11:00 a.m., but, it will take place by phone. The conference call number for the motion hearing is (877) 336−1839 and the passcode is 4333213. A courtesy copy of this order is emailed to ASA Mary Margaret Burke (mary.burke@cookcountyil.gov). Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.