**EXHIBIT D**

(Letters from Plaintiffs' Counsel to Recipients of the
Seven Challenged Subpoenas)

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

Rivers Casino
300 S. River Road
Des Plaines, IL 60018

> RE:   Objection and impending motion to quash subpoena issued to you for
>         records concerning our client Daniel Ortiz

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning our client, Daniel Ortiz, in connection with a civil lawsuit that is pending in federal district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena, which we have attached here, was issued to you by certain defendants in that case and sought any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client to quash the subpoena and to ask the court to issue an order relieving you of the obligation to respond to the subpoena and preventing disclosure of the records to the defendants in this case. We believe that the subpoena issued to you is improper because it seeks material that is not relevant or proportional to the issues in dispute in the case, imposes an undue burden and unnecessary expense on you as a third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the court has had an opportunity to adjudicate our motion and determine whether to quash the subpoenas or, alternatively, to limit the scope of the records that must be produced in response. If you have already produced records in response to the subpoena, we simply ask that you not produce any additional records until such time as this issue is resolved by the court. We will inform you of the court's decision when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Daniel Ortiz*

cc:    Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

        Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

Clear Staff Inc.
c/o Greg J. Simon
Scalambrino & Arnoff, LLP
105 W. Madison Street, Suite 810
Chicago, IL 60602

> RE:   Objection and impending motion to quash subpoena issued to you for
>       records concerning our client Daniel Ortiz

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning
our client, Daniel Ortiz, in connection with a civil lawsuit that is pending in federal
district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena, which we
have attached here, was issued to you by certain defendants in that case and sought
any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client
to quash the subpoena and to ask the court to issue an order relieving you of the
obligation to respond to the subpoena and preventing disclosure of the records to the
defendants in this case. We believe that the subpoena issued to you is improper
because it seeks material that is not relevant or proportional to the issues in
dispute in the case, imposes an undue burden and unnecessary expense on you as a
third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the
court has had an opportunity to adjudicate our motion and determine whether to
quash the subpoenas or, alternatively, to limit the scope of the records that must be
produced in response. If you have already produced records in response to the
subpoena, we simply ask that you not produce any additional records until such
time as this issue is resolved by the court. We will inform you of the court's decision
when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Daniel Ortiz*

cc:    Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

        Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)

**Roderick & Solange**
**MacArthur**
**Justice**
**Center**

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

Cosmo Films
775 W. Belden Avenue
Addison, IL 60101

      RE:    Objection and impending motion to quash subpoena issued to you for
              records concerning our client Daniel Ortiz

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning
our client, Daniel Ortiz, in connection with a civil lawsuit that is pending in federal
district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena, which we
have attached here, was issued to you by certain defendants in that case and sought
any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client
to quash the subpoena and to ask the court to issue an order relieving you of the
obligation to respond to the subpoena and preventing disclosure of the records to the
defendants in this case. We believe that the subpoena issued to you is improper
because it seeks material that is not relevant or proportional to the issues in
dispute in the case, imposes an undue burden and unnecessary expense on you as a
third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the
court has had an opportunity to adjudicate our motion and determine whether to
quash the subpoenas or, alternatively, to limit the scope of the records that must be
produced in response. If you have already produced records in response to the
subpoena, we simply ask that you not produce any additional records until such
time as this issue is resolved by the court. We will inform you of the court's decision
when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Daniel Ortiz*

cc:    Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

        Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

LSG Sky Chefs
200 E. Touhy Avenue
Des Plaines, IL 60018

      RE:    Objection and impending motion to quash subpoena issued to you for records concerning our client Daniel Ortiz

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning our client, Daniel Ortiz, in connection with a civil lawsuit that is pending in federal district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena, which we have attached here, was issued to you by certain defendants in that case and sought any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client to quash the subpoena and to ask the court to issue an order relieving you of the obligation to respond to the subpoena and preventing disclosure of the records to the defendants in this case. We believe that the subpoena issued to you is improper because it seeks material that is not relevant or proportional to the issues in dispute in the case, imposes an undue burden and unnecessary expense on you as a third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the court has had an opportunity to adjudicate our motion and determine whether to quash the subpoenas or, alternatively, to limit the scope of the records that must be produced in response. If you have already produced records in response to the subpoena, we simply ask that you not produce any additional records until such time as this issue is resolved by the court. We will inform you of the court's decision when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Daniel Ortiz*

cc:    Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)

2

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

Allied Universal Security
55 E. Jackson Boulevard, Suite 2075
Chicago, IL 60604

      RE:    Objection and impending motion to quash subpoena issued to you for
               records concerning our client Derick Scruggs

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning
our client, Derick Scruggs, in connection with a civil lawsuit that is pending in
federal district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena,
which we have attached here, was issued to you by certain defendants in that case
and sought any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client
to quash the subpoena and to ask the court to issue an order relieving you of the
obligation to respond to the subpoena and preventing disclosure of the records to the
defendants in this case. We believe that the subpoena issued to you is improper
because it seeks material that is not relevant or proportional to the issues in
dispute in the case, imposes an undue burden and unnecessary expense on you as a
third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the
court has had an opportunity to adjudicate our motion and determine whether to
quash the subpoenas or, alternatively, to limit the scope of the records that must be
produced in response. If you have already produced records in response to the
subpoena, we simply ask that you not produce any additional records until such
time as this issue is resolved by the court. We will inform you of the court's decision
when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Derick Scruggs*

cc:    Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

      Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

G4S Secure Solutions
701 Willowbrook Center Parkway
Willowbrook, IL 60527

   RE: Objection and impending motion to quash subpoena issued to you for
      records concerning our client Derick Scruggs

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning
our client, Derick Scruggs, in connection with a civil lawsuit that is pending in
federal district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena,
which we have attached here, was issued to you by certain defendants in that case
and sought any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client
to quash the subpoena and to ask the court to issue an order relieving you of the
obligation to respond to the subpoena and preventing disclosure of the records to the
defendants in this case. We believe that the subpoena issued to you is improper
because it seeks material that is not relevant or proportional to the issues in
dispute in the case, imposes an undue burden and unnecessary expense on you as a
third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the
court has had an opportunity to adjudicate our motion and determine whether to
quash the subpoenas or, alternatively, to limit the scope of the records that must be
produced in response. If you have already produced records in response to the
subpoena, we simply ask that you not produce any additional records until such
time as this issue is resolved by the court. We will inform you of the court's decision
when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Derick Scruggs*

cc: Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

   Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)

**Roderick & Solange MacArthur Justice Center**

**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: Illinois, New York

jonathan.manes@macarthurjustice.org

May 10, 2023

Metro One Loss Prevention Services
900 South Ave.
Suite 200
Staten Island, NY 10314

      RE:    Objection and impending motion to quash subpoena issued to you for records concerning our client Derick Scruggs

Dear Sir or Madam,

We write regarding a subpoena that was issued to you seeking records concerning our client, Derick Scruggs, in connection with a civil lawsuit that is pending in federal district court, *Williams v. City of Chicago*, No. 22-cv-3773. The subpoena, which we have attached here, was issued to you by certain defendants in that case and sought any and all records in your possession regarding our client.

We write to notify you that we intend to file a motion in court on behalf of our client to quash the subpoena and to ask the court to issue an order relieving you of the obligation to respond to the subpoena and preventing disclosure of the records to the defendants in this case. We believe that the subpoena issued to you is improper because it seeks material that is not relevant or proportional to the issues in dispute in the case, imposes an undue burden and unnecessary expense on you as a third-party, and may have been interposed for an improper purpose.

In light of the above, we ask that you delay your response to the subpoena until the court has had an opportunity to adjudicate our motion and determine whether to quash the subpoenas or, alternatively, to limit the scope of the records that must be produced in response. If you have already produced records in response to the subpoena, we simply ask that you not produce any additional records until such time as this issue is resolved by the court. We will inform you of the court's decision when it is issued.

Please feel free to reach out should you have any questions regarding this matter.

Respectfully,
Jonathan Manes
*Counsel for Derick Scruggs*

cc:    Shneur Nathan, Avi Kamionski, Helen O'Shaughnessy, Matthew Mc Carter, Neha Locke, Ashley Brody, Jennifer Alcala, and Amanda Alcala of Nathan & Kamionsi LLP (Counsel for Defendant Officers)

Michael P. Sheehan, Allan T. Slagel, Barton O'Brien, Ioana Guset, Yeoeun C. Yoon of Taft Stettinus & Hollister LLP (Counsel for City of Chicago.)