## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Williams, et al.

                        Plaintiff,

v.                                                      Case No.: 1:22−cv−03773
                                                                   Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 16, 2023:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion to quash subpoenas [95] is entered and continued. Defendants have until June 2, 2023, to respond to the motion. Defendants are to also quarantine any responses they received in response to the subpoenas at issue until further directions from the court. They must also contact subpoena respondents, by May 19, 2023, who have not yet responded to the subject subpoenas and instruct them not to produce any documents until further order of the court. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.