# EXHIBIT B

(SoundThinking disclosures concerning
ShotSpotter gunfire report of July 18, 2022)





SST_WILLIAMS_0000384



SST_WILLIAMS_0000385

**CLASSIFICATION**

MACHINE CLASSIFICATION        CURRENT CLASSIFICATION

Firecracker   99.79620%        Single Gunshot

07/18/2022 @ 20:18:18

SST_WILLIAMS_0000386



SST_WILLIAMS_0000387

**DETAILS**

| | |
|---|---|
| AREA | District 007 / Beat 0734 |
| ADDRESS | 7347 South Ashland Avenue |
| ZONE | ChicagoILDistrict7 |
| DATE/TIME | 07/18/2022 @ 20:16:49 |
| ROUNDS | 1 |
| SHOTSPOTTER ID | 312-761930 |
| STATUS | Published |

SST_WILLIAMS_0000388

**FORENSICS**

| | |
|---|---|
| Agency: | Chicago PD |
| Source: | ChicagoILDistrict7 |
| ShotSpotter ID: | 312-761930 |
| Rounds: | 1 |
| Address: | 7347 South Ashland Avenue, Chicago, IL |
| Latitude: | 41.759999 |
| Longitude: | -87.663105 |
| District: | 007 |
| Beat: | 0734 |
| CAD ID: | |
| Date/Time: | 07/18/2022 @ 20:16:49 |

SST_WILLIAMS_0000389

**PROXIMALS**

*Proximal incidents are between 10 minutes before, 10 minutes after, and within 153 meters of the selected Incident.*

No proximal incidents found.

SST_WILLIAMS_0000390

**SENSORS**

| SENSORS | CLOSEST | FARTHEST |
|---|---|---|
| 6 | 342' | 2,043' |

| FRIENDLY # | SERIAL # | DISTANCE |
|---|---|---|
| #610005 | SCP-00-BNG-0998 | 342' |
| #16 | SCP-00-BNQ-0784 | 950' |
| #1041 | SCP-00-BEN-2236 | 1,155' |
| #1042 | SCP-00-BEN-2206 | 1,160' |
| #1039 | SCP-00-BNG-8432 | 1,924' |
| #28 | SCP-01-BNQ-8425 | 2,043' |

SST_WILLIAMS_0000391



SST_WILLIAMS_0000392

**STATUS**
Published

SST_WILLIAMS_0000393



SST_WILLIAMS_0000394

INTERNAL COMMENTS

SST_WILLIAMS_0000395