# EXHIBIT C

(SoundThinking disclosures concerning
ShotSpotter gunfire report of April 19, 2021)



**HISTORY**

SHOW: ALL REVIEW SYSTEM

timothy.marino@chicagopolice.org
04/19/2021 @ 19:55:26
comment: "UCR 2021, JE-204134"

timothy.marino@chicagopolice.org
04/19/2021 @ 16:13:37
Modified CAD to 2110910574

timothy.marino@chicagopolice.org
04/19/2021 @ 16:13:29
Acknowledged

Redacted@shotspotter.com 04/19/2021 @ 16:11:13
Review completed

Redacted@shotspotter.com 04/19/2021 @ 16:11:13
Published

Redacted@shotspotter.com 04/19/2021 @ 16:11:13
Reclassified from Probable Gunfire to Single Gunshot

system 04/19/2021 @ 16:11:03
Status changed to Awaiting Review

system 04/19/2021 @ 16:11:03
Sent for Review

system 04/19/2021 @ 16:11:03



SST_WILLIAMS_0000417



SST_WILLIAMS_0000418



SST_WILLIAMS_0000419



SST_WILLIAMS_0000420

**FORENSICS**

| | |
|---|---|
| Agency: | Chicago PD |
| Source: | ChicagoILDistrict25 |
| ShotSpotter ID: | 784-361309 |
| Rounds: | 1 |
| Address: | 6725 W Belmont Ave, Chicago, IL |
| Latitude: | 41.938027 |
| Longitude: | -87.793833 |
| District: | 025 |
| Beat: | 2511 |
| CAD ID: | 2110910574 |
| Date/Time: | 04/19/2021 @ 16:10:47 |

SST_WILLIAMS_0000421



SHTSP_CP002_000000046



SST_WILLIAMS_0000423



SST_WILLIAMS_0000424

| SENSORS | | |
|---|---|---|
| SENSORS 6 | CLOSEST 519' | FARTHEST 4,244' |

| FRIENDLY # | SERIAL # | DISTANCE |
|---|---|---|
| #251085 | SCP-00-BNQ-0068 | 519' |
| #251084 | SCP-00-BNQ-0023 | 722' |
| #251006 | SCP-00-BNG-4468 | 1,452' |
| #251083 | SCP-00-BNQ-0165 | 1,992' |
| #251055 | SCP-00-BNG-3765 | 2,808' |
| #251072 | SCP-00-BNQ-0072 | 4,244' |

SST_WILLIAMS_0000425



SST_WILLIAMS_0000426

**STATUS**
Published

SST_WILLIAMS_0000427



SST_WILLIAMS_0000428