# EXHIBIT D

(ShotSpotter Classification Continuum, Version 1.3)

*Publicly-available version not subject to Confidentiality Order*

# INCIDENT REVIEW CENTER



# CLASSIFICATION CONTINUUM

Decision-Making Guidelines for Real-Time Incident Review

Version 1.3



Created by: IRC Supervisor David Valdez

WARNING: CONFIDENTIAL INFORMATION 1/29/2021

1

# Focus

**Accuracy:** *the condition or quality of being true, correct, or exact; freedom from error or defect; precision or exactness; correctness*.

*Service Operations Specialists shall demonstrate competency and proficiency when classifying real-time incidents within their responsibility to reduce the number of **both** false positives and false negatives. The presence/absence of ground truth from the customer affects accuracy.*

*Ground Truth is confirmation of an incident's classification/misclassification.*

Confidential



2

# Accuracy Metric*

*As of January 29th, 2021

| | Performance Review Standards & Thresholds | | | |
|---|---|---|---|---|
| **Color** | Red | Yellow | Blue | Green |
| **Meaning** | Needs Improvement | Not Met | Near Achievement | MBO Goal Achieved |
| **Review Accuracy Percentage** | 0 - 99.89% | 99.90% - 99.94% | 99.95% - 99.96% | 99.97% - 100% |
| **Notation** | ➡Needs Improvement | ➡Not Met | ➡Near Achievement | ✔Achieved |

**Note: Review time improvement will not be discussed as the intended purpose of this document was focused primarily on accuracy <u>and</u> the decision-making process associated with it.**

Confidential

ShotSpotter®
Detect · Protect · Connect



## "Adopting a New York State of Mind"

Reviewers should analyze each incident with such mentality. NYPD requests that no incidents be published with a probable gunfire classification. Only gunfire publications or dismissals allowed for the 5 boroughs: ***Bronx / Brooklyn / Queens / Manhattan / Staten Island.***

*End result:* *It trains the reviewer to be decisive and accurate in their classification and attempts to remove a doubtful publication. PG is an option which should be used sparingly when <u>all options</u> are exhausted.*

Confidential



4

# **What is Probable Gunfire?**

All incidents go through a two-step classification process. The initial step is the machine classification. During this step, the incident goes through complex algorithms and based on its characteristics, receives a general classification with a confidence level.

For example, it will be classified as gunshot with 71.2% confidence, or non-gunshot with 88.5% confidence. This information then goes out to human reviewers along with the wave form, the audio, proximal incidents, and several other pieces of information.

Often times (more than 99%), our reviewers can classify the incident as gunshot or non-gunshot with a high degree of certainty. There are times however, that they are on the fence about an incident, so much that they do not feel comfortable dismissing it, since it may be a gunshot, but are not completely sure about it. In these situations, our guidance to the team is to go ahead and publish the incident as a probable gunshot.

It is always better for the officers to go on-scene in these situations than us incorrectly dismissing an incident and risking someone's life. Based on feedback from our customers, they share this perspective and would like to be aware of possible gunshot activities (excluding NYC).



**Confidential**



5

# How the continuum works:

Reviewers receive an incident and attempt to group as many characteristics as possible in either the gunfire or non-gunfire continuum.

As the accumulation of characteristics occur predominantly in one area of the continnum, the reviewer should have a general idea of its classification. If probable gunfire is desired after all means are exhausted, then classify accordingly (excluding NYC).

**Confidential**

ShotSpotter
Detect · Protect · Connect

6

**Note:** Most incidents can be classified easily by listening to the audio downloads so the continuum may not be used as often.

**For newer reviewers:** While this continuum may contain abundant and ever-changing information, over time its constant use becomes committed to memory to the point where the continuum is no longer needed for visual representation when reviewing.

Confidential



# This concept was derived from law enforcement's use of force continuum which had many variations over time.



Confidential

8

# Classification Continuum

**SG/MG**

## Factors Pointing to Gunfire

*(Individually Not Always True)*

1. Audio has cadence of gunfire
2. Audio has visual waveforms of gunfire (sideways Christmas tree)
3. Machine Classification with high confidence of gunfire
4. 100% certainty of gunfire in reviewer's mind
5. Low number of sensor activations 10 or less
6. Directional pattern of sensor activation
(may not be applicable at/outside coverage area border)
7. One or more proximal incident(s) of gunfire classification
8. Experienced peer review recommendation for gunfire
9. Overlapping strong pulses resembling multiple guns/shooters
10. Rate of fire resembles trigger reset
11. Suspicious pulses sound similar/consistent or get stronger with farther sensors
12. Time of day/night, coverage area location
13. Pulses decreasing or increasing within a sensor can indicate movement (drive-by shooting)
14. Unnatural & impulsive noise created in wilderness (Kruger, South Africa)

**PG** -------Supporting Factors for Probable Gunfire------- **PG**

1. High number of sensor activations 20+ or more
2. One or more proximal incidents of opposing classification
3. Situational awareness: Presence of a freeway/highway creating road noise, jake break, BF from trucks. Large multi-story buildings surrounding the location creating sound distortion as audio waves reflect off buildings.
4. Suspicious pulses get weaker with farther sensors
5. Machine Classification of probable gunfire/non-gunfire

---------------Factors Pointing to Non-Gunfire---------



1. Miscellaneous, non-impulsive noise/no pulse audio: Audio and waveform visually & clearly resembles specific classification of thunder/rain/wind/CN/Motorcycle/HC/BF/FC/voices etc.
2. Machine classification with high confidence of non-gunfire
3. One or more non-gunfire proximal incidents
4. 100% certainty of non-gunfire in reviewer's mind
5. Pulses sound dull and if FC, may have a whistle in the beginning, and a sizzle after pulse
6. Overlapping weak pulses resembling FC
7. Peer Review recommendation for non-gunfire
8. Non-directional pattern of sensor activation
(may not be applicable at/outside coverage area border)





HC  OT  CN
FC  BF  LG



**Confidential**

9

# Using the Continuum



## Example #1

This was a **confirmed** gunfire incident (FN) which was misclassified. With the continuum as reference and grouping as many characteristics as possible the following were observed:

<mark>#2- Audio has visual waveforms of gunfire (sideways Christmas tree)</mark>

<mark>#3- Machine Classification with high confidence of gunfire</mark>

<mark>#5-Low number of sensor activations 10 or less</mark>

<mark>#6-Directional pattern of sensor activation</mark>

#8 Administrative Peer Review recommendation for gunfire.

*5 characteristics pointing to gunfire*

**Confidential** 

10

# Example #2



This was a **confirmed** gunfire incident (FN) which was misclassified. With the continuum as reference and grouping as many characteristics as possible the following were observed:

#1 Audio has cadence of gunfire

#2 Audio has visual waveforms of gunfire (sideways Christmas tree)

#3 Machine Classification with high confidence of gunfire

#6 Directional pattern of sensor activation

#10 Rate of fire resembles trigger reset

#11 Suspicious pulses sound similar or get stronger with farther sensors

Confidential



11

==#12 Time of day/night, coverage area location==

#1 High number of sensor activations 20 or more

#4 Situational awareness: Presence of a freeway/highway creating road noise, jake break, BF from trucks. Large multi-story buildings surrounding the location creating sound distortion as audio waves reflect off buildings. (Not as much a factor in this incident.)

#8 Administrative Peer Review recommendation for gunfire.

**9 characteristics pointing to gunfire**

## Example #3



Confidential



This was a **confirmed** non-gunfire incident (FP) which was misclassified. With the continuum as reference and grouping as many characteristics as possible the following were observed:

#1 Miscellaneous, non-impulsive noise/no pulse audio: Audio and waveform visually & clearly resembles specific classification of thunder/rain/wind/CN/Motorcycle/HC/BF/FC/voices.

#4 Pulses sound dull and if FC, may have a whistle in the beginning, and a sizzle after pulse

#6 Administrative Peer Review recommendation for non-gunfire

#7 Non-directional pattern of sensor activation

The sound of the audio download is the most compelling characteristic for non-gunfire. The only characteristic that may refer to gunfire in this incident was:

#5 Machine Classification with low confidence of probable gunfire 2.89%

**4 characteristics pointing to non-gunfire vs. 1 probable gunfire characteristic.**

**Example #4**



Confidential

This was a **confirmed** non-gunfire incident (FP) which was misclassified. With the continuum as reference and grouping as many characteristics as possible the following were observed:

#1 Miscellaneous, non-impulsive noise/no pulse audio: Audio and waveform visually & clearly resembles specific classification of thunder/rain/wind/CN/Motorcycle/HC/BF/FC/voices.

#2 Machine classification with high confidence of non-gunfire

#3 Non-gunfire Proximal Incidents

#7 Administrative Peer Review recommendation for non-gunfire

### 4 characteristics pointing to gunfire

### General Points:

These 4 examples are just <u>basic</u> examples of how the continuum can be used. Some incidents may not present as much characteristics. Single pulses are becoming increasingly difficult to review. Peer review is recommended in such incidents but should not be the <u>only</u> factor for classification.

Confidential



# Why reviewing can be difficult:

**2 out of 5 human senses used when reviewing to make a judgement:**

**Auditory (Sound):** 

(1) The way the audio downloads sound to the reviewer; the sound of the pulse and background noise (most important). All audio downloads should be reviewed.

(2) We use distance provided in feet/meters to gauge pulse strength.

**Virtual (Sight): Review App/Google Maps**

(1) Satellite images are not in real time. Example: An area may depict a construction site but is a 10-story building in present day.

(2) Time is the same. Satellite images taken from the day time are also presented to night time reviewers.

(3) Sensor locations are shown to assist in the decision-making process. (Directional pattern)

(4) The visual presentation of waveforms. 

(5) Landmarks-the presence of nearby freeways, etc (road noise/multi-story buildings).



# Specific Non-Gunfire Classifications:

They assist the engineers by improving the machine classifier with confidence levels:

OT-Other

 LG-Lightning

HC-Helicopter 

 FC-Firecracker

BF-Backfire 

 CN-Construction



(Auto-publish Screenshot)

**Confidential** 

16

## **Misclassification of an Incident: to assign an alert to an incorrect category.**

**False Negative (FN)-**Dismissed incident later determined to be gunfire.

**False Positive (FP)-**Published incident later determined to be non-gunfire.

**Not Applicable**: Published as Probable Gunfire (PG) later determined to be confirmed gunfire (SG/MG).

## **Basic Causes of Misclassification:**

Inexperience or lack of formal training

Distraction w/peers

Inattention due to multitasking

Loss of focus/ Over-thinking/Second-Guessing/Doubt

Accidental depression of mouse/keyboard buttons

Rushed Review/Failure to consider all audio downloads

Willful intent

Fatigue/Sleepiness

Beyond Reviewer's Control

**Confidential**



17

# Distinguishing Gunshot Sounds:

**Article taken from** *Chicago Tribune July 3rd, 2019*

[Gunshots or fireworks? How to tell the difference](#)

"Gunfire tends to be very, very sharp and loud, and as that sound propagates outward, you hear (it) decay," Beisner said. "Fireworks, since it's low energy, you don't hear that sound propagate outward very far. It's sharp but usually very low energy. It sounds more like a pop than a louder crack."

Still, Beisner said, the key to determining whether a series of sounds is gunfire or fireworks is the cadence. Gunshots have a steadier cadence, while fireworks are more sporadic, and occasionally are followed or preceded by a whizz that sounds like old-timey cartoon guns.

The toughest scenario, Beisner said, is when you hear a single pop or crack or boom. "When it's many, that's when you get more clues and more of the information about whether it's gunfire or fireworks," Beisner said. "It's difficult when it's just one."

**Scott Beisner**

**ShotSpotter Sr. Sales Engineer, Sales Operations**



**Confidential**

ShotSpotter
Detect · Protect · Connect

## Best reviewing practices:

Slow down when practical.

Stay Focused. Take breaks when necessary.

Listen to each audio download.

Discover as many characteristics as possible.

Visually scan google maps for virtual clues and consider situational awareness.

Request Peer Review.

## Conclusion:

Listening to the audio downloads are important. Sometimes the audio is compelling for gunfire that they may override all other characteristics. For challenging incidents, more than one characteristic should be considered from the continuum to assist in refining your decision-making process. Misclassified incidents happen, it is the goal of this publication to reduce the occurrence to SLA-defined standards.

Single pulses are difficult to assess so more attention should be given in an attempt to classify accurately.

As an acoustic gunfire detection expert, it is best to have a methodical way as to how you classify incidents <u>based on your experience and training</u>.

-David Valdez

**Confidential**

