# EXHIBIT E

(Correspondence between counsel for Plaintiffs and SoundThinking regarding apparent omissions in SoundThinking's voluntary productions)

# Jonathan Manes

| | |
|---|---|
| **From:** | Cacabelos, Kevin <KCacabelos@crowell.com> |
| **Sent:** | Thursday, June 15, 2023 7:09 PM |
| **To:** | Jonathan Manes; Daniel Massoglia |
| **Cc:** | Parker, Warrington; Matthew Crowl; Adam Safer; Alexa Van Brunt; emazur@hsplegal.com; Sheehan, Michael P.; Slagel, Allan T.; bobrien@taftlaw.com; iguset@taftlaw.com; mmccarter@nklawllp.com; snathan@nklawllp.com; akamionski@nklawllp.com; helen@nklawllp.com; nlocke@nklawllp.com; Megha Ram; Eric Foley; Noor Tarabishy; Jack Baumruk; Sarah Chase; Emma Frerichs; Sophia Vagnone; Joseph DiCola; Dan Lastres; yyoon@taftlaw.com |
| **Subject:** | RE: Williams, et al. v. City of Chicago, et al. - ShotSpotter subpoena follow-up |

Jonathan,

We will review the issues you have raised with SoundThinking's production. SoundThinking is intending to appear before Judge Kim on June 20, 2023 at 11:00 a.m. as noticed.

Best,
Kevin

**Kevin Cacabelos**
Pronouns: he/him/his
Crowell & Moring LLP
kcacabelos@crowell.com
+1.415.365.7215 direct

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Thursday, June 15, 2023 2:29 PM
**To:** Cacabelos, Kevin <KCacabelos@crowell.com>; Daniel Massoglia <daniel@first-defense.org>
**Cc:** Parker, Warrington <WParker@crowell.com>; Matthew Crowl <mcrowl@rshc-law.com>; Adam Safer <asafer@rshc-law.com>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; emazur@hsplegal.com; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; bobrien@taftlaw.com; iguset@taftlaw.com; mmccarter@nklawllp.com; snathan@nklawllp.com; akamionski@nklawllp.com; helen@nklawllp.com; nlocke@nklawllp.com; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Jack Baumruk <jack.baumruk@law.northwestern.edu>; Sarah Chase <sarah.chase@law.northwestern.edu>; Emma Frerichs <efrerichs@law.northwestern.edu>; Sophia Vagnone <sophia.vagnone@law.northwestern.edu>; Joseph DiCola <joseph@first-defense.org>; Dan Lastres <lastres@first-defense.org>; yyoon@taftlaw.com
**Subject:** RE: Williams, et al. v. City of Chicago, et al. - ShotSpotter subpoena follow-up

[External Email]

Kevin,

We write to follow up with respect to Plaintiffs' subpoena in *Williams v. City of Chicago*. We have reviewed your productions and it appears they may be incomplete in certain regards, although it's also possible that certain records do not exist. In the interest of minimizing the need to litigate disputes, can you address the following apparent omissions from your subpoena response?

1

1. SST_Williams_0000514: We do not appear to have received the attachment to the email sent by Patrick Waller to Walter Collier on February 1, 2021 at 5:03pm. Can you disclose that attachment or confirm that it has already been produced?

2. It appears that you have not produced all email correspondence responsive to Items 2(A) and 5 of the subpoena, including emails with the Cook County State's Attorney's Office that postdate April 15, 2021. The last-dated email you have produced is from April 15, 2021 (SST_Williams_0000664). However, the correspondence between ShotSpotter employees and the State's Attorney's Office strongly suggests that there would be ongoing communications following that date. In addition, the court docket in *People v. Williams* suggests that there would have been active communications between ShotSpotter employees and the Cook County State's Attorney's office following April 15, 2021, given that the motion to exclude ShotSpotter evidence was filed April 22, 2021, ShotSpotter's motion to quash Defense subpoenas was filed May 12, 2021, and the State's Attorney's Office's decision to withdraw its reliance on ShotSpotter evidence was communicated to the Court on June 11, 2021. Please supplement your production with any/all additional responsive correspondence.

3. You do not appear to have produced any communications of Mr. Walter Collier III "to other ShotSpotter employees" concerning the *Williams* prosecution and the Detailed Forensic Report that he prepared. Such internal communications are specifically requested in Item 2(b) of the subpoena. What is your position with respect to that portion of the subpoena?

4. SST_Williams_0000383-396 and 401-412, 417-28: These documents appear to be screenshots from ShotSpotter's internal Review application for each of the three ShotSpotter alerts at issue in the subpoena. We do not understand why this information has been produced as distinct screenshots of isolated portions of the screen, rather than a comprehensive capture of all of the information displayed on screen for each alert. Our subpoena requested "all documentation" regarding each incident. As it stands, it is difficult for Plaintiffs to ascertain whether all information has been disclosed. Can you provide whatever additional information is accessible on those screens? At the least, can you inform us what information has been omitted in producing only the distinct screenshots?

With respect to the Motion to Quash that you filed, we have not seen any activity seeking to transfer the motion from the new 23-cv-3581 docket (assigned to Judge Ellis) to the 22-cv-3773 docket where Magistrate Judge Kim is presiding over discovery. Nor have we seen any other filing that seeks to bring your motion to the attention of Magistrate Judge Kim. Please advise how you intend to proceed, including whether you intend to appear before Judge Kim on June 20, 2023 at 11am, per the Notice of Motion that you filed under the 23-cv-3581 docket (ECF No. 4).

Many thanks,
Jonathan

--
Jonathan Manes
Roderick & Solange MacArthur Justice Center
160 E. Grand Ave, 6th Fl.
Chicago, IL 60615
(312) 503-0012 (office
(203) 214-0195 (mobile)
(312) 503-0891 (fax)

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Thursday, June 8, 2023 8:23 AM

**To:** Cacabelos, Kevin <KCacabelos@crowell.com>; Daniel Massoglia <daniel@first-defense.org>
**Cc:** Parker, Warrington <WParker@crowell.com>; Matthew Crowl <mcrowl@rshc-law.com>; Adam Safer <asafer@rshc-law.com>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; emazur@hsplegal.com; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; bobrien@taftlaw.com; iguset@taftlaw.com; mmccarter@nklawllp.com; snathan@nklawllp.com; akamionski@nklawllp.com; helen@nklawllp.com; nlocke@nklawllp.com; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Jack Baumruk <jack.baumruk@law.northwestern.edu>; Sarah Chase <sarah.chase@law.northwestern.edu>; Emma Frerichs <efrerichs@law.northwestern.edu>; Sophia Vagnone <sophia.vagnone@law.northwestern.edu>; Joseph DiCola <joseph@first-defense.org>; Dan Lastres <lastres@first-defense.org>; yyoon@taftlaw.com
**Subject:** Re: Williams, et al. v. City of Chicago, et al. - ShotSpotter subpoena follow-up

Kevin,

We received your motion to quash and motion to seal, as well as your request for our position on a contemplated motion for reassignment. We are confused, however, as to why this motion was filed as a new civil case under a new docket number. In our experience, a motion to quash a subpoena issued in connection with a case that is pending in this District should be filed under the docket number of that existing case. Our understanding is that third-parties may ordinarily file a new "miscellaneous" case only when moving to quash a foreign subpoena issued from outside the District. That said, please do point us to any rule or procedural guidance that you are following. But perhaps the appropriate course here would be for you to re-file this as a motion in the 22-cv-3773 docket number.

Because we are not at this point persuaded that the appropriate procedure was for you to file a new civil case and then move for reassignment, we do not feel comfortable consenting to the motion you have proposed. For the same reason, we are not prepared at this point to accept service.

If you do file a motion for reassignment under Local Rule 40.4 please represent our position as follows:

"Plaintiffs agree that the motion to quash should be heard by Magistrate Judge Kim, who has jurisdiction over all discovery matters in *Williams v. City of Chicago*, No. 22-cv-3773 (N.D. Ill.). Plaintiffs, however, take no position on the motion for reassignment because Plaintiffs are not persuaded that filing a new civil case and then moving for reassignment pursuant to Local Rule 40.4 is the appropriate procedure for a third-party to contest a subpoena issued in connection with a case that is pending in this District."

Separately, we do not yet have a position with respect to your question regarding your motion to seal.

Best wishes,
Jonathan
--
Jonathan Manes
Roderick & Solange MacArthur Justice Center
160 E Grand Ave, Sixth Floor
Chicago, IL 60611
(312) 503-0012 (office)
(312) 503-0891 (fax)
(203) 214-0195 (cel)
he/him/his

Sent from a phone; please excuse errors.

**From:** Cacabelos, Kevin <KCacabelos@crowell.com>
**Sent:** Wednesday, June 7, 2023 7:19:34 PM

**To:** Daniel Massoglia <daniel@first-defense.org>
**Cc:** Parker, Warrington <WParker@crowell.com>; Matthew Crowl <mcrowl@rshc-law.com>; Adam Safer <asafer@rshc-law.com>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Alexa Van Brunt <alexa.vanbrunt@macarthurjustice.org>; emazur@hsplegal.com <emazur@hsplegal.com>; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; bobrien@taftlaw.com <bobrien@taftlaw.com>; iguset@taftlaw.com <iguset@taftlaw.com>; mmccarter@nklawllp.com <mmccarter@nklawllp.com>; snathan@nklawllp.com <snathan@nklawllp.com>; akamionski@nklawllp.com <akamionski@nklawllp.com>; helen@nklawllp.com <helen@nklawllp.com>; nlocke@nklawllp.com <nlocke@nklawllp.com>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Jack Baumruk <jack.baumruk@law.northwestern.edu>; Sarah Chase <sarah.chase@law.northwestern.edu>; Emma Frerichs <efrerichs@law.northwestern.edu>; Sophia Vagnone <sophia.vagnone@law.northwestern.edu>; Joseph DiCola <joseph@first-defense.org>; Dan Lastres <lastres@first-defense.org>; yyoon@taftlaw.com <yyoon@taftlaw.com>
**Subject:** RE: Williams, et al. v. City of Chicago, et al. - ShotSpotter subpoena follow-up

Daniel,

Our motion to quash has been assigned to Judge Sara L. Ellis. Pursuant to Local Rule 40.4, SoundThinking intends to file a motion to reassign this case to Judge Jenkins to enable Judge Kim to hear and rule on SoundThinking's motion.

Please let us know if Plaintiffs would like to file a joint motion to reassign with SoundThinking. If not, please let us know if Plaintiffs intend to oppose the motion.

Thanks,
Kevin


**Kevin Cacabelos**
Pronouns: he/him/his
Crowell & Moring LLP
kcacabelos@crowell.com
+1.415.365.7215 direct

---

**From:** Adam Safer <asafer@rshc-law.com>
**Sent:** Tuesday, June 6, 2023 11:28 PM
**To:** Daniel Massoglia <daniel@first-defense.org>
**Cc:** Cacabelos, Kevin <KCacabelos@crowell.com>; Parker, Warrington <WParker@crowell.com>; Matthew Crowl <mcrowl@rshc-law.com>; jonathan.manes@macarthurjustice.org; alexa.vanbrunt@macarthurjustice.org; emazur@hsplegal.com; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; bobrien@taftlaw.com; iguset@taftlaw.com; mmccarter@nklawllp.com; snathan@nklawllp.com; akamionski@nklawllp.com; helen@nklawllp.com; nlocke@nklawllp.com; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Jack Baumruk <jack.baumruk@law.northwestern.edu>; Sarah Chase <sarah.chase@law.northwestern.edu>; Emma Frerichs <efrerichs@law.northwestern.edu>; Sophia Vagnone <sophia.vagnone@law.northwestern.edu>; Joseph DiCola <joseph@first-defense.org>; Dan Lastres <lastres@first-defense.org>; yyoon@taftlaw.com
**Subject:** Re: Williams, et al. v. City of Chicago, et al. - ShotSpotter subpoena follow-up

[External Email]

Counsel:

Please find attached SoundThinking's Motion to Quash and Motion for Leave to file certain exhibits under seal, including notices, declarations, and exhibits.

Please advise if you will consent to receiving service electronically.

Please let me know if you have any issues accessing any of the attachments.

Thanks,
Adam

Adam Safer (bio)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8757
asafer@rshc-law.com
www.rshc-law.com



CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.