# EXHIBIT A

(Original Case Incident Report, RD No. JD249126)

**CHICAGO POLICE DEPARTMENT**
**ORIGINAL CASE INCIDENT REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C

RD #: JD249126
EVENT #: 2015225950
Case ID: 12064838  CASR229

## INCIDENT

**SUSPENDED**

**IUCR:** 0326 - Robbery - Aggravated Vehicular Hijacking

**Occurrence Location:** 6[ ] S Stony Island Ave, Chicago IL, 220 - Gas Station
**Beat:** 0321
**Unit Assigned:** 0332
**RO Arrival Date:** 31 May 2020 23:17
**Occurrence Date:** 31 May 2020 23:00
**# Offenders:** 1

## NON OFFENDER

**VICTIM - Individual**
Name: [redacted]
Res: [redacted]
Beat: 0413
Beat: 5100
Demographics: Female
DOB: [redacted]997
Age: 23 Years
Sobriety: Sober

**VICTIM - Individual**
Name: [redacted]
Res: [redacted]
Beat: 0413
Beat: 5100
Demographics: Male, Black
DOB: [redacted]1998
Age: 22 Years
Sobriety: Sober

**LAST PERSON DRIVING VEHICLE**
Name: [redacted]
Res: [redacted]
Beat: 0321
Beat: 5100

## INJURIES

Injury Info ( [redacted] - Victim )
Responding Unit:

Injury Info ( [redacted] - Victim )
Responding Unit:

Injury Info ( [redacted] - Last Person Driving Vehicle )
Responding Unit:

## SUSPECTS

**Suspect # 1**
Name: OFFENDER(S)-NO DETAILS
Demographics: Male, Black
Age: 21 years - 22 years
Suspected of Using: Weapon

**Descriptions**
Clothing Description: [redacted]

Injury Info

RD #: JD249126

Print Generated By: [redacted]
Page 1 of 3
27-JUN-2023 12:23
powered by CLEAR Technology
**WILLIAMS 6122**

**Chicago Police Department - Incident Report**  RD #: JD249126

## SUSPECTS

**Responding Unit:**

## RELATIONSHIP

| (Victim) | | | | (Offender) |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | is a | Unknown of | | **OFFENDER(S)-NO DETAILS** |
| (Victim) | | | | (Offender) |
| ▇▇▇▇▇▇▇▇▇▇ | is a | Unknown of | | **OFFENDER(S)-NO DETAILS** |

## DOMESTIC INFO

## OTHER

**Miscellaneous**

Victim Information Provided                     **Flash Message Sent ?** Yes

## VEHICLE

**Vehicle #1**

| **Vehicle:** | Dodge - Charger - Automobile | **Damaged?** | No | **Owner:** | ▇▇▇▇ |
|---|---|---|---|---|---|
| **Style:** | Sedan (4-Door) | | | **Possessor/User:** | UNKNOWN |
| **Color-Top/Bottom:** | Black/Black | **Theft From?** | No | **Towed?** | No |
| | | **Burned?** | No | | |
| | | **Destroyed?** | No | | |
| | | **Stolen?** | No | | |

## VEHICLE THEFT

|  |  |  |  |
|---|---|---|---|
| | **Doors Locked?** | No | |
| | **Ignition Locked?** | No | |
| **City License Verified?** No | **Keys in Vehicle?** | Yes | |
| **VIN Verified?** | | | |
| **Personal Belongings:** Saint Laurent Bag | | | |

**Property #1**                                                                 **Possessor/User:** UNKNOWN

| | | **Estimated Value:** | $1500.00 | **Used as Weapon?** | No |
|---|---|---|---|---|---|
| **Type:** | Other | | | **Taken/Stolen?** | Yes |
| **Description:** | Saint Laurent Handbag | **Owner:** | ▇▇▇▇ | **Recovered?** | No |
| | | | | **Damaged?** | No |

Print Generated By: ▇▇▇▇▇▇▇▇▇▇       Page 2 of 3        27-JUN-2023 12:23

powered by CLEAR Technology                                **WILLIAMS 6123**

**Chicago Police Department - Incident Report**   RD #: JD249126

## OTHER PROPERTIES

## NOTIFICATIONS

| Request Type | Date | Name |
|---|---|---|
| Notification | 01 June 2020 23:17 | ,ZONE5 |

## NARRATIVE

EVENT#25950. BWC INCIDENT. IN SUMMARY, R/O'S WERE APPROACHED BY ▮▮▮ (VICTIM) AND ▮▮▮ (VICTIM) WHO RELATED THAT THEIR BLACK DODGE CHARGER ( ARIZONA UNKNOWN LICENSE PLATE #) WAS TAKEN FROM THEM AT GUN POINT. BOTH VICTIMS RELATED TO R/O'S THAT WHILE THEY WERE PARKED AT THE BP GAS STATION AT 66▮▮ S STONY AVE THEY WERE APPROACHED BY TWO MALE BLACK UNKNOWN OFFENDERS WITH 2 BLACK IN COLOR HANDGUNS. BOTH VICTIMS FURTHER RELATED THAT THE OFFENDERS TOLD NOT VERBATIM ▮▮▮ (VICTIM) TO STEP AWAY FROM THE VEHICLE. OFFENDERS ALSO TOLD NOT VERBATIM ▮▮▮ (VICTIM) TO GET OUT OF THE CAR AND TO TAKE OFF HER SAINT LAURENT HANDBAG FROM HER POSSESSION. OFFENDERS WERE DISPLAYING THEIR WEAPONS TO THE VICTIMS AT TIME OF INCIDENT. BOTH OFFENDERS GOT INSIDE THE BLACK CHARGER AND FLED W/B ON 66 MARQUETTE RD FROM STONY ISLAND. BOTH VICTIMS FLED THE SCENE IN FEAR OF THEIR LIVES AND MADE CONTACT WITH R/O'S FOR POLICE SERVICE AT 67▮▮ S STONY ISLAND. VICTIMS REFUSED EMS AND VIN WAS GIVEN. VICTIMS COULD NOT PROVIDE ANY FURTHER VEHICLE INFORMATION OTHER THAN WHAT IS LISTED. NOTIFICATIONS: BT 320 SGT SERPE #857 @0001HRS, DETECTIVE SNIEZEK #21436 BT5102 @0005HRS, NEWS AFFAIR WESTBROOK #19399 @0016
NOTIFICATION: VIOLENT CRIMES  SNIEZEK Beat#: 5102 Star#: 21436 Emp#:  Date: 01-JUN-2020 Time: 0005 NOT
NOTIFICATION: SUPERVISOR  SERPE Beat#: 320 Star#: 857 Emp#:  Date: 01-JUN-2020 Time: 0001 NOT
 - STAR#: 13160 NAME: CARLO DE LA RIVA BEAT: 0332
 - STAR#: 5097 NAME: ERICK SANDOVAL BEAT: 0332

## PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 857 | ▮ | SERPE, Anthony, J | ▮ | 01 Jun 2020 02:19 | 145 | |
| Detective / Investigator | 20648 | ▮ | SMITH, Robert, M | ▮ | 01 Jun 2020 09:20 | 620 | |
| Detective / Investigator | 1802 | ▮ | PARHAM, Thomas, J | ▮ | 01 Jun 2020 05:24 | 610 | |
| Reporting Officer | 5097 | ▮ | SANDOVAL, Erick, | ▮ | 01 Jun 2020 02:01 | 003 | 0332 |