

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 7/14/2023

Case Number: 22cv3773

Case Title: Williams et al v. City Of Chicago et al

Judge: Jenkins

**DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW**

- ☐ Document entered in error.
- ☑ Document withdrawn or removed per court order of 7/12/2023, Doc. #131
- ☐ Incorrect document linked.
- ☐ Other:
- ☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ J. Hollimon
Deputy Clerk