# EXHIBIT B

**Email correspondence re: ESI (May 18-23, 2023)**

Jonathan Manes

| | |
|---|---|
| **From:** | Elizabeth Mazur <emazur@hsplegal.com> |
| **Sent:** | Tuesday, May 23, 2023 9:15 AM |
| **To:** | O'Brien, Barton; Matthew Mc Carter |
| **Cc:** | Helen O'Shaughnessy; Ashley Brody; Alexa A Van Brunt; Jonathan Manes; Eric Blackmon; daniel@first-defense.org; Sheehan, Michael P.; Slagel, Allan T.; Guset, Ioana; Yoon, Yeoeun Claire; Mandarino, Gina; Kriss, Alexandra (Ally); Shneur Nathan; Avi Kamionski; Neha Locke; Jennifer Alcala; Amanda Alcala |
| **Subject:** | RE: Williams v. Chicago - follow up on ESI protocol and outstanding production |

Great, let's plan for Thursday, May 25 at 1:30pm. Someone on our end will send around a link, and we'll circulate a revised draft ESI protocol by close of business Wednesday.



**Elizabeth Mazur**, *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir: **312.604.2726**  Fax: **312.604.2727**
emazur@hsplegal.com
Click to send me files.

**From:** O'Brien, Barton <bobrien@taftlaw.com>
**Sent:** Monday, May 22, 2023 1:22 PM
**To:** Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>
**Cc:** Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; a-vanbrunt@law.northwestern.edu; jonathan.manes@macarthurjustice.org; eric.blackmon@macarthurjustice.org; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>
**Subject:** Re: Williams v. Chicago - follow up on ESI protocol and outstanding production

The City is available on Thursday, May 25 at 1:30 PM.



**Barton O'Brien**
Partner
bobrien@taftlaw.com
Dir: 312.836.4186  |  Cell: 773.780.1416
Tel: 312.527.4000  |  Fax: 312.966.8493
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Matthew Mc Carter <mmccarter@nklawllp.com>
**Sent:** Monday, May 22, 2023 10:54 AM
**To:** Elizabeth Mazur
**Cc:** Helen O'Shaughnessy; Ashley Brody; a-vanbrunt@law.northwestern.edu; jonathan.manes@macarthurjustice.org; eric.blackmon@macarthurjustice.org; daniel@first-defense.org; Sheehan, Michael P.; Slagel, Allan T.; O'Brien, Barton; Guset, Ioana; Yoon, Yeoeun Claire; Mandarino, Gina; Kriss, Alexandra (Ally); Shneur Nathan; Avi Kamionski; Neha Locke; Jennifer Alcala; Amanda Alcala
**Subject:** Re: Williams v. Chicago - follow up on ESI protocol and outstanding production

Hi Liz,
   Counsel for Individual Defendants can be available May 25 in the afternoon; and in the morning (till about 12:30) on May 26.

Matt

On Thu, May 18, 2023 at 1:20 PM Elizabeth Mazur <emazur@hsplegal.com> wrote:

> Hi everyone,
>
> Can we schedule a time, possibly on 5/25 or 5/26, to hammer out the ESI protocol?
>
> Also, can the City give us a timeframe for production of the outstanding materials Herring homicide investigation? As a reminder, we are awaiting production of the electronically stored materials referenced at Williams 672-674. We are not seeking production of physical evidence.
>
> Sincerely,
> Liz
>
> 
>
> **Elizabeth Mazur**, *Partner*
> HUGHES SOCOL PIERS RESNICK & DYM, LTD.
> 70 W. Madison St., Suite 4000
> Chicago, IL 60602
> Dir: **312.604.2726**  Fax: 312.604.2727
> emazur@hsplegal.com
> Click to send me files.

--
Matthew J. Mc Carter
**Nathan & Kamionski LLP**
33 W. Monroe, Suite 1830
Chicago, IL 60603
P: (312)612-1943
F: (312)448-6099

2

mmccarter@nklawllp.com
www.nklawllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.