# EXHIBIT C

**Email correspondence re: inventoried media files (June 14-20, 2023)**

| | |
|---|---|
| From: | Elizabeth Mazur |
| To: | Sheehan, Michael P.; Jonathan Manes; O'Brien, Barton; Helen O'Shaughnessy; Ashley Brody; Alexa A Van Brunt; Eric Blackmon; daniel@first-defense.org; Slagel, Allan T.; Guset, Ioana; Yoon, Yeoeun Claire; Mandarino, Gina; Kriss, Alexandra (Ally); Shneur Nathan; Avi Kamionski; Neha Locke; Jennifer Alcala; Amanda Alcala; Deniz Ariturk; Megha Ram; Eric Foley; Matthew Mc Carter; Dan Lastres; Joseph DiCola; Eric Blackmon |
| Subject: | RE: Williams v. Chicago - outstanding Herring homicide investigative materials |
| Date: | Tuesday, June 20, 2023 1:49:51 PM |
| Attachments: | image001.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>image295274.png<br>image478552.png<br>image005434.png<br>image198262.png |

I think we should probably just let the process play out on your end. I don't think there is any way of knowing if the stuff we are going to get in response to our subpoena is the same as what is inventoried.



**Elizabeth Mazur**, *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir: 312.604.2726  Fax: 312.604.2727
emazur@hsplegal.com
Click to send me files.

**From:** Sheehan, Michael P. <msheehan@taftlaw.com>
**Sent:** Tuesday, June 20, 2023 9:19 AM
**To:** Elizabeth Mazur <emazur@hsplegal.com>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - outstanding Herring homicide investigative materials

Liz,

Lt. Michael Fitzgerald has been in communications with Sgt. William Kappel, of the SAO Evidence Squad. If we can bring Bill Ragen into the loop to assist Sgt. Kappel, if necessary, I think that would be beneficial. Let me know how you want to proceed. I will just want to let CPD know what steps we may be taking.

Mike

**From:** Elizabeth Mazur <emazur@hsplegal.com>
**Sent:** Tuesday, June 20, 2023 8:58 AM
**To:** Sheehan, Michael P. <msheehan@taftlaw.com>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram

<Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
Subject: RE: Williams v. Chicago - outstanding Herring homicide investigative materials

Mike,

Can you please tell us with whom you are speaking at the CCSAO? Is it Bill Ragen, the ASA who is responding to Plaintiffs' subpoena? I think it will help everyone if we can all get on the same page about this.

Liz



**Elizabeth Mazur**, *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir: **312.604.2726** Fax: **312.604.2727**
emazur@hsplegal.com
Click to send me files.

**From:** Sheehan, Michael P. <msheehan@taftlaw.com>
**Sent:** Friday, June 16, 2023 3:53 PM
**To:** Elizabeth Mazur <emazur@hsplegal.com>; Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - outstanding Herring homicide investigative materials

Counsel,

We have determined that the CPD is not in custody and possession of the inventoried items. The inventoried items appear to be within the custody and possession of the SAO based on the paperwork. The SAO's office informed us that the three attorneys involved with the prosecution of Mr. Williams are no longer with the office. The SAO is in the process of searching for the inventoried items. I hope to have additional information next week.

Mike



**Michael P. Sheehan**
Partner
msheehan@taftlaw.com
**Dir:** 312.836.4139
**Tel:** 312.527.4000 | **Fax:** 312.966.8498
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

taftlaw.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Elizabeth Mazur <emazur@hsplegal.com>
**Sent:** Wednesday, June 14, 2023 12:23 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** Williams v. Chicago - outstanding Herring homicide investigative materials

Counsel,

We are writing pursuant to Local Rule 37.2 regarding the City's still-outstanding production of materials relevant to the Safarian Herring murder investigation, in particular, the media files CPD obtained in connection with the investigation described in CPD reports at Williams 672-74.

Plaintiffs raised this issue in the April 7, 2023 status report to the Court, and the City stated in that report that it was working "diligently" to obtain those materials for production. *See* ECF No. 77 at 6-7. When the parties were in Court on May 9, 2023 for a hearing on the status report, Plaintiffs again raised the issue, and counsel for the City indicated that it would obtain the records and produce them.

After more than a week passed and the City still did not produce those materials, Plaintiffs again raised the issue in an email dated May 18, 2023 ("[C]an the City give us a timeframe for production of the outstanding materials Herring homicide investigation? As a reminder, we are awaiting production of the electronically stored materials referenced at Williams 672-674. We are not seeking production of physical evidence."). The City never responded to this inquiry.

Additionally, in our ESI meet and confer meetings, Plaintiffs have repeatedly pointed out that Mr. Williams' most relevant ESI (the contents of his phone at the time of his arrest) are contained within this still-outstanding City production.

The City should have produced these materials four months ago, in February 2023, when its initial discovery responses were due, or at the very latest by the Court's June 9, 2023 deadline for supplementing written discovery.

These materials were central to the CPD's investigation, and Defendants' written discovery responses rely on these materials in part to support their contention that probable cause existed to arrest and charge Mr. Williams with murder. It would be highly prejudicial for Plaintiff to be deposed before the City produces these materials and we won't allow it to happen.

If the City does not produce these materials by Monday, June 19, 2023, Plaintiff will file a motion to compel asking the Court to order the City produce these materials by a date certain. Plaintiff will also ask the Court to modify the deposition schedule so that Plaintiffs' counsel has sufficient time to review these materials before Plaintiff Williams is deposed.

Sincerely,

Liz



**Elizabeth Mazur,** *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir: 312.604.2726   Fax: 312.604.2727
emazur@hsplegal.com
Click to send me files.