# EXHIBIT D

**Email correspondence with status update from City (July 11, 2023)**

# Jonathan Manes

| | |
|---|---|
| **From:** | Sheehan, Michael P. <msheehan@taftlaw.com> |
| **Sent:** | Tuesday, July 11, 2023 8:36 PM |
| **To:** | Jonathan Manes; Elizabeth Mazur |
| **Cc:** | Ashley Brody; Yoon, Yeoeun Claire; Helen O'Shaughnessy; Daniel Massoglia; Neha Locke; Guset, Ioana; Alexa Van Brunt; Chisato Kimura; Megha Ram; Eric Blackmon; Eric Foley; Noor Tarabishy; O'Brien, Barton; Matthew Mc Carter |
| **Subject:** | RE: Williams - status report |

Liz and Jonathan,

Here is the status as to:

**Supplemental RTP Nos. 1 – 4 (ShotSpotter Training and Guidance/Directives)**

The City has identified that training records for certain Defendant Officers indicate that SDSC (Strategic Decision Support Center) training was provided. The SDSC training contains segments on various aspects related to ShotSpotter. The SDSC training records were provided. See CITY00001599 (native format produced) [Responsive to Nos. 3 &4]; CITY00001600, et seq. [Responsive to Nos. 1,2, 3 &4]; CITY00001612, et seq. [Responsive to Nos. 1, 3 &4]; CITY00001620 (native format) [Responsive to Nos. 1 &4].

Training records produced in this matter reflect that Sgt. Juan Perez, Lt. Robert Costello, Lt. Michael Dougherty, Officer Harsimran Powar, and Officer Michael Matias received SDSC training.

The City is working to identify whether Officers Legorreta, Andrews, and Keckley would have received SDSC training as part of their recruit training. If they did, the responsive documents would be those identified above.

The City is also in the process of determining whether Sgt. Brian Roney, Sgt. Juan Perez, Lt. Robert Costello, and/or Lt. Michael Dougherty received any SDSC training as part of the promotional training to the ranks of sergeant or lieutenant.

Our intention is to resolve these outstanding issues in advance of the City's date for responding to the motion for sanctions.

**Supplemental Request to Produce No. 7**

The City is still awaiting production of these documents from CPD. We understand that Plaintiffs will need to proceed with the request for sanctions on this point. Our intention is to resolve these outstanding issues in advance of the City's date for responding to the motion for sanctions.

**Inventoried Items in Williams**

You indicated that you would reach out to the State's Attorneys' Office for an update on the inventoried items in connection with the Williams matter. Please advise as to any updated Plaintiffs received from Bill Ragen of the State's Attorneys' Office. As I mentioned in our call yesterday, Mr. Ragen represented that he was handling the production of the documents that are in the possession and custody of the SAO.

Please contact me with any questions that you may have.

Mike

1