# EXHIBIT E

**Email correspondence with CCSAO and City re: inventoried media files (July 12, 2023)**

| | |
|---|---|
| **From:** | Elizabeth Mazur |
| **To:** | William Ragen (States Attorney) |
| **Cc:** | msheehan@taftlaw.com; MARY BURKE (States Attorney); Jonathan Manes; Daniel Massoglia |
| **Subject:** | Williams v. City of Chicago - subpoena to CCSAO |
| **Date:** | Wednesday, July 12, 2023 9:11:44 AM |
| **Attachments:** | image633490.png<br>image644744.png<br>image634799.png<br>image104747.png |

Dear Bill and Mike,

I'm writing about an issue that has recently arisen in our case, which is that the City is telling us that it does not have the ESI that CPD inventoried during its investigation because CPD turned those materials to over to CCSAO. Until recently, it sounds like Mike (as counsel for the City) was trying to get those materials back from CCSAO and had contact or was attempting to contact ASA Waller about it, but then it sounds like Mike and Bill had a conversation last week and now Mike seems to think that Bill is undertaking to produce those materials in response to Plaintiff's subpoena to CCSAO.

I would like to make sure we are all on the same page about this, so can we please all plan a call to discuss? I am available anytime tomorrow 7/13 and anytime 7/14 except 11-2.

This issue also came up at a status hearing with Judge Kim last week, and we'll need to include follow up on it in the status report that is due to the Court on 7/21.

Sincerely,
Liz



**Elizabeth Mazur**, *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir: **312.604.2726**  Fax: **312.604.2727**
emazur@hsplegal.com
Click to send me files.

**From:** William Ragen (States Attorney) <William.Ragen@cookcountyil.gov>
**Sent:** Sunday, July 9, 2023 10:58 PM
**To:** Elizabeth Mazur <emazur@hsplegal.com>
**Cc:** msheehan@taftlaw.com <msheehan@taftlaw.com>; MARY BURKE (States Attorney) <mary.burke@cookcountyil.gov>
**Subject:** Production of Emails

Elizabeth,

Please find the emails from the search we agreed upon a few weeks ago along with a privilege log

for any materials we withheld.  I tried to get them organized by date the email was drafted, but it would not allow me to do so.  Thus, the emails are arranged by subject alphabetically.

Based on Judge Kim's June 20 order, the two main privileges/protections in place concern the Shot Spotter Protective Order and the Deliberative Process Privilege/Attorney Work Product. I limited the protections/privileges to those two and one or two relevance objections when the material arises from a different case.

I also will produce a number of the attachment to the the emails via our External Share system.  You will see that any files I believe are protected/privileged are listed on the privilege log.  I have attached screen shots of the attachments (a) that were produced and (b) that were not produced.  This should serve as an inventory.

A couple pending items….
I will be filing the Motion for Protective Order concerning our Deliberative Process Privilege/Attorney Work Product by the end of this week, 7/14.
I will be providing an inventory of the files produced via Evidence.com so that we know what was produced by Wednesday 7/12.
I will be re-producing the file of the documents we already produced limited to the privileges/protected still on the table by Thursday 7/13.

Thanks,

Bill