# EXHIBIT F

**Email correspondence re: ESI (June 1 – July 6, 2023)**

| | |
|---|---|
| **From:** | Jonathan Manes |
| **To:** | O"Brien, Barton; Helen O'Shaughnessy; Ashley Brody; Alexa A Van Brunt; Eric Blackmon; daniel@first-defense.org; Sheehan, Michael P.; Guset, Ioana; Yoon, Yeoeun Claire; Shneur Nathan; Avi Kamionski; Neha Locke; Jennifer Alcala; Amanda Alcala; Megha Ram; Eric Foley; Matthew Mc Carter; Elizabeth Mazur; Dan Lastres; Joseph DiCola; Eric Blackmon; Chisato Kimura |
| **Subject:** | RE: Williams v. Chicago - Second ESI Collection & Search Terms |
| **Date:** | Thursday, July 6, 2023 4:35:00 PM |

Bart,

1. We can confirm the details you have provided for the second ESI collection, as previously confirmed in my email midday yesterday.
2. The revised search terms you provided yesterday afternoon are acceptable to us.

Best wishes,
Jonathan

**From:** O'Brien, Barton <bobrien@taftlaw.com>
**Sent:** Thursday, July 6, 2023 4:22 PM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; Chisato Kimura <Chisato.Kimura@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - Second ESI Collection & Search Terms

(1) Please confirm the following regarding the Second ESI Collection:

Plaintiff: Michael Williams
Date Range: May 31, 2020 through August 23, 2021
Custodians: Evangelides, Kociolek, Potter, Rieff, and Roney.

(2) Please let us know if you have any comments relative to the search terms set forth in the *Plaintiffs' Proposed ESI Search Terms (Revised)* document circulated yesterday.

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Wednesday, July 5, 2023 12:24 PM
**To:** O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; Chisato Kimura <Chisato.Kimura@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - ESI meet and confer

Counsel,

It seems like are in the same boat with respect to emails that apparently did not go through. I thought I had sent an email on Monday regarding the ESI date range issue. But during this morning's status conference it became apparent that Defendants' counsel had not received it, and I now see that it was left unsent in my Outlook outbox. I have pasted that email below. (In short, Plaintiffs will agree to the narrower date range proposed by the Defendants.)

Best wishes,
Jonathan

--
Counsel,

We are following up on our discussion last Thursday regarding the ESI searches of the Defendant Officers.

With respect to the date range of ESI searches, the parties had previously reached agreement with respect to all Defendant Officers except the five noted below. Plaintiffs will agree to Defendants' proposal to limit the ESI collection/search/review of those five officers to the period from May 31, 2020 through August 23, 2021, without prejudice to Plainitffs' ability to seek additional production if facts learned during the depositions of the Defendant Officers (or otherwise) suggest that there is relevant and material ESI outside this date range.

With respect to search terms for the ESI searches, counsel for the City said that they were going to share a version of the search terms that we proposed, but reformatted in such a way as to make the queries on Relativity most efficient. I don't believe we've received that version of the search terms, and we would like to review the queries before the searches are run. We hope to hear from you soon about this so that we can report to the Court on July 5 that the parties have reached agreement on dates/terms for the City's email searches.

Best wishes,
Jonathan

---

**From:** Jonathan Manes
**Sent:** Wednesday, June 28, 2023 11:34 AM
**To:** O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - ESI meet and confer

Bart,

I don't believe there has been any response to Plaintiffs' proposed compromise.

Best wishes,
Jonathan

---

**From:** O'Brien, Barton <bobrien@taftlaw.com>
**Sent:** Tuesday, June 27, 2023 1:15 PM

**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - ESI meet and confer

All,

What is the status of the highlighted issue below? Have there been any further discussions?

---

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Tuesday, June 13, 2023 1:35 PM
**To:** O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - ESI meet and confer

Dear Counsel,

As discussed on our call on Friday, we have reached agreement with respect to the date range for ESI searches for all but five of the Defendant Officers. Per the City's request, we are memorializing that agreement here so that work may commence gathering the emails.

The agreed dates are as follows:

- Scruggs Defendant Officers Legorreta, Andrews, Keckley, and Jane Doe (Samantha Dicerto #18677): July 18, 2022 through September 16, 2022, inclusive.

- Ortiz Defendant Officers Powar and Matias: April 19, 2021 through the date when vehicle impoundment proceedings against Mr. Ortiz were terminated. (The City and Plaintiff are both endeavoring to determine the specific date the vehicle impoundment proceedings terminated. Plaintiff believes it was within approximately one week after April 19, 2021.)

- Williams Defendant Officers Perez, Lapadula, Brownley, Merkel, Maresso, De Jesus, Aloisio, Costello, Dougherty, Magana, and Almanza: May 31, 2020 through July 23, 2021.

The parties have not yet reached agreement with respect to the date range for the following five Williams Defendant Officers: Evangelides, Kociolek, Potter, Rieff, and Roney. During our recent meet and confer, Defendants objected to

Plaintiffs' initial proposed date range. In response, Plaintiffs proposed the following compromise date ranges, which adds only about 2 months to the agreed dates for the other Williams officers: May 31, 2020 through August 23, 2021 (one month after charges were dropped), in addition to July 21, 2022 (filing of complaint) through August 1, 2022 (one month after service of the complaint).

Please also advise whether you will agree to run the searches using the search terms Plaintiff specified in the most-recently circulated draft ESI protocol. If further discussion of search terms is necessary, please let us know at your earliest convenience.

Best wishes,
Jonathan

---

**From:** Jonathan Manes
**Sent:** Wednesday, June 7, 2023 10:53 AM
**To:** O'Brien, Barton <bobrien@taftlaw.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarino@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>; Dan Lastres <lastres@first-defense.org>; Joseph DiCola <joseph@first-defense.org>; Eric Blackmon <eric.blackmon@macarthurjustice.org>
**Subject:** RE: Williams v. Chicago - ESI meet and confer

Dear Counsel,

Could we meet to continue our discussions on the ESI issues Friday at 11am?

In addition, we have considered the City's proposal with respect to the date range for ESI searches of the Defendant Officers. We are prepared to accept the City's proposal in large part, with the exceptions described below. Specifically:

For the Scruggs Defendant Officers, we would agree to limit the searches to the period from the first police encounter on July 18, 2022 until the final disposition of subsequent charges against Mr. Scruggs on September 16, 2022.

For the Ortiz Defendant Officers, we would agree to limit the searches to the period from the first police encounter on April 19, 2021 until the date Mr. Ortiz's subsequent criminal and vehicle-impoundment proceedings were resolved. (We are attempting to ascertain the date that the impoundment proceeding was resolved. We believe that occurred around April 26, 2021, but are not yet sure. If Defendants have this information, please advise.)

For the Williams Defendant Officers (other than the five officers identified below) we would agree to limit the searches to the period beginning with the shooting of Safarian Herring on May 31, 2020 until the date that charges were dismissed against Mr. Williams, July 23, 2021.

For Defendants Evangelides, Rieff, Potter, Kociolek, and Roney, we propose to limit the searches to the period beginning with the shooting of Safarian Herring on May 31, 2020, until September 1, 2022, which is one month after the defendants were served with the Complaint in this lawsuit. We propose this longer time period because these five defendants have been identified in interrogatory responses and documents as primary actors with respect to the investigation of Mr. Williams, the decision to arrest and charge him, and continued investigative activities after criminal charges were filed. Moreover, in light of the significant public attention that Mr. Williams' prosecution received—including after we filed the present lawsuit—we believe that this broader date range is reasonably calculated to identify

relevant information from these defendants.

If this is acceptable to the City, then we agree with Bart's proposal that the City should begin gathering and compiling the relevant universe of emails now, even while we hammer out the rest of the details of the ESI protocol.

Best wishes,
Jonathan

**From:** O'Brien, Barton <bobrien@taftlaw.com>
**Sent:** Wednesday, June 7, 2023 10:09 AM
**To:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Helen O'Shaughnessy <helen@nklawllp.com>; Ashley Brody <abrody@nklawllp.com>; Alexa A Van Brunt <a-vanbrunt@law.northwestern.edu>; Eric Blackmon <eric.blackmon@macarthurjustice.org>; daniel@first-defense.org; Sheehan, Michael P. <msheehan@taftlaw.com>; Slagel, Allan T. <aslagel@taftlaw.com>; Guset, Ioana <iguset@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Mandarino, Gina <gmandarinoD@taftlaw.com>; Kriss, Alexandra (Ally) <AKriss@taftlaw.com>; Shneur Nathan <snathan@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>; Jennifer Alcala <jalcala@nklawllp.com>; Amanda Alcala <amanda@nklawllp.com>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Matthew Mc Carter <mmccarter@nklawllp.com>; Elizabeth Mazur <emazur@hsplegal.com>
**Subject:** Re: Williams v. Chicago - ESI meet and confer

I'm available on Thursday at any point after 10:00 am and Friday morning.



**Barton O'Brien**
Partner
bobrien@taftlaw.com
**Dir:** 312.836.4186 | **Cell:** 773.780.1416
**Tel:** 312.527.4000 | **Fax:** 312.966.8493
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>
**Sent:** Friday, June 2, 2023 12:01 PM
**To:** Helen O'Shaughnessy; Ashley Brody; Alexa A Van Brunt; Eric Blackmon; daniel@first-defense.org; Sheehan, Michael P.; Slagel, Allan T.; Guset, Ioana; Yoon, Yeoeun Claire; Mandarino, Gina; Kriss, Alexandra (Ally); Shneur Nathan; Avi Kamionski; Neha Locke; Jennifer Alcala; Amanda Alcala; Deniz Ariturk; Megha Ram; Eric Foley; O'Brien, Barton; Matthew Mc Carter; Elizabeth Mazur
**Subject:** RE: Williams v. Chicago - ESI meet and confer

Dear Counsel,

Bart and I spoke this morning and we agreed to postpone the call we had planned today to discuss the ESI protocol. Bart relayed that progress has been delayed on the various questions we discussed last week because of an unexpected and tragic death.

We will circulate proposed times to reconvene next week, likely Tuesday or Wednesday. Before then, we will plan to send over our position on the City's proposed date ranges for the ESI searches. Per my conversation with Bart today, the goal is to reach agreement on that issue soon so that the City can begin compiling the universe of emails even while we continue to hammer out the rest of the details in the ESI protocol.

Best wishes,

Jonathan


-----Original Appointment-----
**From:** Jonathan Manes
**Sent:** Thursday, June 1, 2023 2:51 PM
**To:** Helen O'Shaughnessy; Ashley Brody; Alexa A Van Brunt; Eric Blackmon; daniel@first-defense.org; Sheehan, Michael P.; Slagel, Allan T.; Guset, Ioana; Yoon, Yeoeun Claire; Mandarino, Gina; Kriss, Alexandra (Ally); Shneur Nathan; Avi Kamionski; Neha Locke; Jennifer Alcala; Amanda Alcala; Deniz Ariturk; Megha Ram; Eric Foley; O'Brien, Barton; Matthew Mc Carter; Elizabeth Mazur
**Subject:** Williams v. Chicago - ESI meet and confer
**When:** Friday, June 2, 2023 1:30 PM-2:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** https://northwestern.zoom.us/j/93400648030?from=addon


Counsel,

I believe we agreed to have a follow-up meet and confer regarding ESI issues tomorrow at 1:30pm. My apologies for not sending around this calendar invitation sooner.

Best wishes,

Jonathan Manes



# Join Zoom Meeting

One tap mobile:  US: +13092053325,,93400648030# or +13126266799,,93400648030#

Meeting URL:  https://northwestern.zoom.us/j/93400648030?from=addon
Meeting ID:  934 0064 8030

**Join by Telephone**

For higher quality, dial a number based on your current location.

Dial:  +1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 646 931 3860 US
+1 929 436 2866 US (New York)
+1 301 715 8592 US (Washington DC)
+1 305 224 1968 US
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)

Meeting ID:  934 0064 8030

International numbers

**Join from an H.323/SIP room system**

H.323:  162.255.37.11 (US West)
162.255.36.11 (US East)
221.122.88.195 (China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)

Meeting ID:  934 0064 8030
SIP:  93400648030@zoomcrc.com