# EXHIBIT H

**Email correspondence re: City response to Supplemental Request 1-4 and 7 (June 28, 2023)**

# Jonathan Manes

| | |
|---|---|
| **From:** | Jonathan Manes |
| **Sent:** | Wednesday, June 28, 2023 1:31 PM |
| **To:** | Sheehan, Michael P.; Elizabeth Mazur; Ashley Brody; Neha Locke |
| **Cc:** | Helen O'Shaughnessy; Daniel Massoglia; O'Brien, Barton; Yoon, Yeoeun Claire; Matthew Mc Carter; Noor Tarabishy; Megha Ram; Eric Foley; Chisato Kimura; Deniz Ariturk; Joseph DiCola; Dan Lastres; Emma Melton |
| **Subject:** | RE: Williams - Williams DO deps |

Michael,

During tomorrow's call, we would also like to raise a separate issue with respect to the City's productions—specifically, the City's response to Plaintiffs' Supplemental Requests for Productions 1-4 and 7. The City's response, dated June 16, states that the City continues to investigate whether responsive documents exist and anticipates producing additional documents. With respect to Supplemental Requests 1-4, which concern guidance and training provided to the Defendant Officers concerning ShotSpotter, the only responsive document you have identified is Special Order S03-19, the City's policy concerning ShotSpotter (City 611-614), but you state that the City continues to investigate whether any further responsive documents exist. With respect to Supplemental Request 7, which seeks notifications of court or hearing dates, the City has not yet produced any records at all.

As was discussed extensively in Court and associated briefing, these materials are essential for Plaintiffs to have in advance of the depositions of the Defendant Officers. The Court's May 17, 2023 Order specifically directed Defendants to response to these supplemental requests by June 9. Per Local Rule 37.2, we would like to confer regarding this matter. In the absence of a firm commitment from the City to provide complete disclosure by an acceptable date certain, we anticipate filing a motion to compel and to notice that motion for the date of the upcoming status hearing on July 5, 2023, so that this issue is before Judge Kim when the parties are addressing deposition schedules and related discovery issues.

Best wishes,
Jonathan

---

**From:** Sheehan, Michael P. <msheehan@taftlaw.com>
**Sent:** Tuesday, June 27, 2023 12:44 PM
**To:** Elizabeth Mazur <emazur@hsplegal.com>; Ashley Brody <abrody@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>
**Cc:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Helen O'Shaughnessy <helen@nklawllp.com>; Daniel Massoglia <daniel@first-defense.org>; O'Brien, Barton <bobrien@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Matthew Mc Carter <mmccarter@nklawllp.com>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Chisato Kimura <Chisato.Kimura@macarthurjustice.org>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Joseph DiCola <joseph@first-defense.org>; Dan Lastres <lastres@first-defense.org>; Emma Melton <emma@first-defense.org>
**Subject:** RE: Williams - Williams DO deps

We have no objection to making such a request to the court.

I received the following update on the progress of the collection of the inventoried items. ASA Patrick Waller is still with the SAO. He has made a request to retrieve the inventoried items from the warehouse. I hope to have more information on July 5 as that is the date he is returning to the office.

1

Mike



**Michael P. Sheehan**
Partner
msheehan@taftlaw.com
**Dir:** 312.836.4139
**Tel:** 312.527.4000   |   **Fax:** 312.966.8498
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Elizabeth Mazur <emazur@hsplegal.com>
**Sent:** Tuesday, June 27, 2023 12:02 PM
**To:** Ashley Brody <abrody@nklawllp.com>; Neha Locke <nlocke@nklawllp.com>
**Cc:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Helen O'Shaughnessy <helen@nklawllp.com>; Daniel Massoglia <daniel@first-defense.org>; Sheehan, Michael P. <msheehan@taftlaw.com>; O'Brien, Barton <bobrien@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Matthew Mc Carter <mmccarter@nklawllp.com>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Chisato Kimura <Chisato.Kimura@macarthurjustice.org>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Joseph DiCola <joseph@first-defense.org>; Dan Lastres <lastres@first-defense.org>; Emma Melton <emma@first-defense.org>
**Subject:** Re: Williams - Williams DO deps

We are on board with postponing the deposition, but I think we'll need to ask the Court for permission to make it official, and before doing that, I think it will help to get an update from the City about whether/when it plans to produce the files. Unfortunately, we have no way of knowing what is coming from the CCSAO.  Would it make sense to get on a call this week to discuss?



**Elizabeth Mazur**, *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir: **312.604.2726**  Fax: **312.604.2727**
emazur@hsplegal.com
Click to send me files.

**From:** Ashley Brody <abrody@nklawllp.com>
**Sent:** Tuesday, June 27, 2023 11:18 AM
**To:** Neha Locke <nlocke@nklawllp.com>
**Cc:** Jonathan Manes <Jonathan.Manes@macarthurjustice.org>; Elizabeth Mazur <emazur@hsplegal.com>; Helen O'Shaughnessy <helen@nklawllp.com>; Daniel Massoglia <daniel@first-defense.org>; Sheehan, Michael P. <msheehan@taftlaw.com>; O'Brien, Barton <bobrien@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Matthew Mc Carter <mmccarter@nklawllp.com>; Noor Tarabishy <noor.tarabishy@macarthurjustice.org>; Megha Ram <Megha.Ram@macarthurjustice.org>; Eric Foley <Eric.Foley@macarthurjustice.org>; Chisato Kimura <Chisato.Kimura@macarthurjustice.org>; Deniz Ariturk <deniz.ariturk@macarthurjustice.org>; Joseph DiCola