# EXHIBIT B

# Williams v. City of Chicago
## Cook County State's Attorney's Office Privilege Log

| Pages Redacted | File Name | Description | Privileges/Exemptions |
|---|---|---|---|
| 1 | Williams, Michael | Victim information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 4 | Williams, Michael | ASA Notes regarding facts of case and research, strategy and mental impressions | Attorney Work Product; Deliberative Process Privilege |
| 5 | Williams, Michael | Victim information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 7 | Williams, Michael | ASA Notes regarding facts of case and research, strategy and mental impressions | Attorney Work Product; Deliberative Process Privilege |
| 11 | Williams, Michael | Grand Jury Documents | Grand Jury Secrecy Act, 725 ILCS 5/112-6. |
| 11 | Williams, Michael | Victim information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 12, 13, 14, 15, 16, 17 | Williams, Michael | Grand Jury Documents | Grand Jury Secrecy Act, 725 ILCS 5/112-6. |
| 18-21, 23, 24, 29, 30, 33, 35, 40, 42, 45 - 58, 61-76 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 78-100 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 105-107 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 110-120 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 124, 125, 127, 129, 133, 134, 136, 137 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 142, 143, 145, 149, | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 151 | Williams, Michael | Grand Jury Documents | Attorney Work Product; Deliberative Process Privilege |
| 190-197 | Williams, Michael | Law Enforcement Agencies Data System (LEADS) reports | 20 Ill. Admin. Code 1240.80(d); 28 U.S.C.A. 534; 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 198, 199, 201 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 203 | Williams, Michael | Law Enforcement Agencies Data System (LEADS) reports | 20 Ill. Admin. Code 1240.80(d); 28 U.S.C.A. 534; 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 214, 216, 219, 220, 222, 223, 224-230, 233, 234, 236-240, 242, 244-255 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |

# Williams v. City of Chicago
## Cook County State's Attorney's Office Privilege Log

| Pages Redacted | File Name | Description | Privileges/Exemptions |
|---|---|---|---|
| 257, 259, 260, 261, 263, 264 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 280, 282, 284, 286, 289, 296, 298, 303, 308, 313, 321, 322, 325 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 343, 350, 352, , 357, 362, 367, 375, 377, 379 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 446, 448, 450, 451, 454, 455-462 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 463-465 | Williams, Michael | Medical Records | Illinois Health Insurance Portability and Accountability Act ("HIPAA"), 215 ILCS 97/1 et seq |
| 468, 469, 471, 472, 501-510, 512, 519, 520, 523, 524 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 525-568 | Williams, Michael | Relevance | Police Reports that concern the victim in 20 CR 8996 when he was charged with sexual assault. |
| 573, 575 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 581-598 | Williams, Michael | Grand Jury Documents | Grand Jury Secrecy Act, 725 ILCS 5/112-6. |
| 608, 621, 613, 621, 622, 623, 625, 626, 633 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 1279 | Williams, Michael | Notes | Attorney Work Product; Deliberative Process Privilege |
| 1332, 1333, 1338, 1340 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 1341 | Williams, Michael | Grand Jury Documents | Grand Jury Secrecy Act, 725 ILCS 5/112-6. |
| 1343-1390 | Williams, Michael | Medical Records | Illinois Health Insurance Portability and Accountability Act ("HIPAA"), 215 ILCS 97/1 et seq |
| 1391, 1401, 1402, 1403, 1404, 1418, 1422, 1427, 1428, 1434, 1436, 1438, 1439, 1451, 1452, 1453, 1455, 1457, 1458. 1463, 1464, 1466, 1468, 1469. 1474, 1477, 1478, 1480, 1482, 1484, 1485, 1486, 1488, 1489, 1490, 1491 | Williams, Michael | Victim and Witness Information | Personal identifying information; Victim Information (725 LCS 120/4) |
| 1478, 1484-1485, 1490-1491 | Williams, Michael | Driver's Information | Driver's Privacy Protection Act (DPPA) 18 USC Sect 2721. |