# EXHIBIT C

**Williams v. City of Chicago**
## Cook County State's Attorney's Office Privilege Log
### Concerning Emails

| Email Subject | Date of Email | Author | First Named Recepient | Privileges/Exemptions | Description | Page Number | Attachment |
|---|---|---|---|---|---|---|---|
| Amicus subpoena | 5/13/2021 | Patrick Waller | Andres Almendarez | Attorney Work Product/Deliberative Process Privilege | Attorneys deliberating about what should be included in the Amicus Subpoena | 5 | Michael Williams Amicus Subpoena.doc (privilege claimed) |
| Chicago, IL - DFR Delivery - Incident ID (IID) 778-135393 - SF# 00176354 - [ref:_00D60Jm9t._5000d1ew4sx:ref ] | 2/9/2021 | Walter Collier | Patrick Waller | Subject to Spot Shotter Protective Order | Spot Shotter Materials to be included in Motion for Protective Order | 20-21 | Certified_Forensic_Report^CHD3^05-31-2020.778-135393.zip Successful Frye and Daubert Hearings.pdf ShotSpotter Expert Testimony QA-2018.pdf SST-CV-Walter Collier III-Current.pdf (subject to protective order) |
| Discovery item - software | 4/12/2021 | Mike Will | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 26 | ShotSpotter Discovery Request 20CRF0899601~SW.pdf (subject to protective order) |
| Discovery item for audio used for DFR | 4/13/2021 | Mike Will | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 27 | Discovery for Williams~audio specs for DFR.docx (subject to protective order) |
| Discovery materials | 4/9/2021 | Mike Will | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 28 | NLECTC - Customer Acceptance Test Report.pdf TN 098-Accuracy of Acoustic Gunshot Location.pdf (subject to protective order) |
| discovery materials | | Mike Will | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 29 | Discovery for Williams - no documentation.docx (subject to protective order) |

# Williams v. City of Chicago
## Cook County State's Attorney's Office Privilege Log
### Concerning Emails

| Email Subject | Date of Email | Author | First Named Recepient | Privileges/Exemptions | Description | Page Number | Attachment |
|---|---|---|---|---|---|---|---|
| Docs for St. of IL v Williams - confidential | 4/7/2021 | Mike Will | Andres Almendarez | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 31 | FW ShotSpotter ChicagoILDistrict3 - 5312020 946 PM - 5700 S. Lake Shore Drive - 778-135393 ref_00D60Jm9t._5000d1ew5Pcref.msg FW ShotSpotter Customer Support Case # 00178242 Incident 778-135393 ref_00D60Jm9t._5000d1exVKTref.msg FW Shotspotter - Chicago IL - Subpoena - 212021 ref_00D60Jm9t._5000d1ew5Srref.msg FW ShotSpotter Customer Support Case # 00176370 Subpoena Request Regarding Respond ID # 778-135393 ref_00D60Jm9t._5000d1ew5Srref.msg Classification Continuum ver 1.3.pdf ILS-SSTID-778-135393.pdf IRC Reviewers 2021 MBOs.pdf POSITION OVERVIEW_Reviewer.pdf Terminology.pdf Training Checklist Form.pdf (subject to protective order) |
| Fw: Chicago, IL - DFR Delivery - Incident ID (IID) 778-135393 - SF# 00176354 - [ ref:_00D60Jm9t._5000d1ew4sx:ref ] | 2/9/2021 | Patrick Waller | Andres Almendarez | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 60-61 | Certified_Forensic_Report^CHD3^05-31-2020.778-135393.zip Successful Frye and Daubert Hearings.pdf ShotSpotter Expert Testimony QA-2018.pdf SST-CV-Walter Collier III-Current.pdf(subject to protective order) |

# Williams v. City of Chicago
## Cook County State's Attorney's Office Privilege Log
### Concerning Emails

| Email Subject | Date of Email | Author | First Named Recepient | Privileges/Exemptions | Description | Page Number | Attachment |
|---|---|---|---|---|---|---|---|
| FW: CODIS project: CPD Nov 2020 CIU notifications | 1/8/2021 | Nancy Adduci | Patrick Waller | Fed. Rule Evid. 403 | Information about juvenille matters unrelated to Williams case | 62 | CPD November 2020_CIU attn.xlsx (doc not produced as irrelevant) |
| Fw: Michael Williams | 2/11/2021 | Andres Almendarez | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 68 | cpd.sst.response.D096100.audio.file.pdf cpd.sst.response.D096100.reclass.notices.pdf cpd.sst.response.D096100.sensor.location.pdf(subject to protective order) |
| Fwd: ShotSpotter ChicagoILDistrict3 - 5/31/2020 11:46 PM - 5700 S Lake Shore Dr - 778-135,393 [ref:_00D60Jm9t._5000d1ew5e8:ref ] | 2/1/2021 | Patrick Waller | Andres Almendarez | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 118-119 | ILS-SSTID-778-135393.pdf (subject to protective order) |
| | 7/6/2021 | Patrick Waller | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Memo about case | 125 | Michael Williams Memo.docx (privilege claimed) |
| Memo - People v Michael Williams 20CR0899601 | 7/6/2021 | Patrick Waller | Renee Thibault | Attorney Work Product/Deliberative Process Privilege | Memo about case | 126 | Michael Williams Memo.docx (privilege claimed) |
| Memo - People v Michael Williams 20CR0899601 | 7/6/2021 | Patrick Waller | Natosha Toller | Attorney Work Product/Deliberative Process Privilege | Memo about case | 127 | Michael Williams Memo.docx (privilege claimed) |
| Michael Williams - Dismissal of Murder Charges | 7/23/2021 | Natosha Toller | Risa Lanier | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 128 | Michael Williams Memo.docx (privilege claimed) |
| Michael Williams GSR | 7/1/2021 | Andres Almendarez | Christopher Martin | Attorney Work Product/Deliberative Process Privilege | Email about the import of GSR on case | 133 | Michael Williams Memo.docx (privilege claimed) |
| Michael Williams Log | 8/29/2020 | Michael Zientara | Craig Taczy | Attorney Work Product/Deliberative Process Privilege | Memo summarizes the import of witness statement | 134 | Michael Williams Memo.docx (privilege claimed) |
| RE: 20CR0899601 | 2/3/2021 | Jonathan Winfield | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 172-173 | Michael Williams Memo.docx (privilege claimed) |
| RE: Defense discovery requests and subpoenas | 3/4/2021 | Mike Will | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 221-223 | Michael Williams Memo.docx (privilege claimed) |

# Williams v. City of Chicago
## Cook County State's Attorney's Office Privilege Log
### Concerning Emails

| Email Subject | Date of Email | Author | First Named Recepient | Privileges/Exemptions | Description | Page Number | Attachment |
|---|---|---|---|---|---|---|---|
| RE: Memo - People v Michael Williams 20CR0899601 | 7/21/2021 | Natosha Toller | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 237-238 | |
| RE: Memo - People v Michael Williams 20CR0899601 | 7/20/2021 | Natosha Toller | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 239-240 | |
| RE: Memo - People v Michael Williams 20CR0899601 | 7/21/2021 | Natosha Toller | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 242, 243 | |
| RE: Memo - People v Michael Williams 20CR0899601 | 7/21/2021 | Patrick Waller | Natosha Toller | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 245-247 | |
| RE: Michael Williams - Dismissal of Murder Charges | 7/23/2021 | Risa Lanier | Natosha Toller | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 248-249 | |
| Re: Michael Williams - Dismissal of Murder Charges | 7/23/2021 | Natosha Toller | Risa Lanier | Attorney Work Product/Deliberative Process Privilege | Email about dismissing charges | 250-251 | |
| RE: ShotSpotter | 5/13/2021 | Patrick Waller | Risa Lanier | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 389-390 | |
| RE: ShotSpotter | 2/1/2021 | Natosha Toller | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 392-393 | |
| RE: ShotSpotter | 5/13/2021 | Patrick Waller | Risa Lanier | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 394-395 | |
| RE: ShotSpotter | 2/2/2021 | Patrick Waller | Natosha Toller | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 396-397 | |
| RE: ShotSpotter | 5/13/2021 | Risa Lanier | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 398-399 | |
| RE: ShotSpotter | 2/3/2021 | Natosha Toller | Patrick Waller | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 401-403 | |
| RE: ShotSpotter | 5/13/2021 | Patrick Waller | Risa Lanier | Attorney Work Product/Deliberative Process Privilege | Email about includsion or exclusion of Shot Spotter Evidence | 404-406 | |

# Williams v. City of Chicago
## Cook County State's Attorney's Office Privilege Log
### Concerning Emails

| Email Subject | Date of Email | Author | First Named Recepient | Privileges/Exemptions | Description | Page Number | Attachment |
|---|---|---|---|---|---|---|---|
| Screenshots of alert | 4/9/2021 | Mike Will | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 422 | Discovery for Williams - Screen Shots of alert notification.pdf (subject to protective order) |
| Sensors used in Incident 778-135393 | 4/9/2021 | Mike Will | Andres Almendarez | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 423 | Sensors for Incident 778-135393.pdf (subject to protective order) |
| ShotSpotter case in Gaughan | 2/1/2021 | Patrick Waller | Craig Engebretson | Attorney Work Product/Deliberative Process Privilege | Email about iusing Shot Spotter Evidence | 425 | |
| ShotSpotter ChicagoILDistrict3 - 5/31/2020 11:46 PM - 5700 S Lake Shore Dr - 778-135,393 [ ref:_00D60Jm9t._5000d1ew5e8:ref ] | 2/1/2021 | Support | Andres Almendarez | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 427 | ILS-SSTID-778-135393.pdf (subject to protective order) |
| ShotSpotter ChicagoILDistrict3 - 5/31/2020 11:46 PM - 5700 S Lake Shore Dr - 778-135,393 [ ref:_00D60Jm9t._5000d1ew5e8:ref ] | 2/1/2021 | Support | Patrick Waller | Subject to Spot Shotter Protective Order | Proprietary Information about Shot Spotter | 427 | ILS-SSTID-778-135393.pdf (subject to protective order) |
| ShotSpotter subpoena | 5/13/2021 | Patrick Waller | Natosha Toller | Attorney Work Product/Deliberative Process Privilege | Email about Amicus Subpoena | 437 | Michael Williams Amicus Subpoena.doc (privilege claimed) |
| ShotSpotter | 2/1/2021 | Patrick Waller | Natosha Toller | Attorney Work Product/Deliberative Process Privilege | Email about Challenge to Shot Spotter Evidence | 443 | |
| Significant Activity Next week | | Patrick Waller | Natosha Toller | Attorney Work Product/Deliberative Process Privilege; Fed R. Evid 403 | Email about Challenge to Shot Spotter Evidence and Information about a different case | 445 | |
| Williams Memo | | Patrick Waller | Christopher Martin | Attorney Work Product/Deliberative Process Privilege | Memo analyzing the case | 454 | Michael Williams Memo.docx (privilege claimed) |