## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division


Michael Williams, et al.

                  Plaintiff,

v.

                                        Case No.: 1:22–cv–03773

                                        Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 26, 2023:


      MINUTE entry before the Honorable Young B. Kim: Respondent CCSAO's motion for protective order [135] is entered and continued. Appearance tomorrow is not required to present this motion. Plaintiffs have until August 3, 2023, to respond to the motion, as requested. (R. 138 at 3.) The court will schedule another status hearing once it rules on the pending discovery motions, including CCSAO's motion. Mailed notice (ec)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.