**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Michael Williams, et al.

                         Plaintiff,

v.                                                Case No.: 1:22−cv−03773
                                                       Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 8, 2023:

        MINUTE entry before the Honorable Young B. Kim: Plaintiffs Daniel Ortiz and Derick Scruggs's motion for protective order [95] is granted. Ortiz and Scruggs ("Plaintiffs") assert that they have a privacy interest in the records Defendants have subpoenaed and that these records have no relevance to the claims or defense in this case. The court agrees and the subpoenas issued to the following seven respondents are quashed: (1) Rivers Casino; (2) Clear Staff; (3) Cosmo Films; (4) LSG SkyChefs; (5) Allied Universal Security; (6) G4S Secure Solutions; and (7) Metro One Security Solutions. Based on Plaintiffs' clarification on the scope of their claims and damages, none of the records Defendants seek from these respondents is relevant to the claims or defense in this case. Whatever tenuous connection these records had to this case is clearly severed by Plaintiffs' clarification that their claims are limited to a short period of time it took for Defendant Officers to stop and search them on April 19, 2021, and July 18 and 19, 2021. Plaintiffs are not seeking loss of pay or compensatory damages from any medical condition they suffered after their encounters with Defendant Officers but only the "garden variety" emotion distress they experienced during those encounters. (R. 133, Pls.' Reply at 3−4.) Even if Scruggs is seeking damages in connection with his eviction from his apartment, (id. at 4)−−−which the court does not see as a natural consequence of the unlawful stop and search−−−the subpoenaed records cannot have any bearing on this damage claim. As such, Defendants are to: (a) notify Cosmo Films that the subpoena served on it has been quashed and no response is required; (b) notify the other respondents that the subpoenas served on them have been quashed and that the court has ordered Defendants to destroy all documents produced; and (c) destroy all subpoenaed documents received. Defendants are ordered to comply with this order by August 15, 2023, and file a certificate of compliance with the court by August 18, 2023. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.