**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael Williams, et al.

                  Plaintiff,

v.                                                 Case No.: 1:22−cv−03773
                                                     Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable Young B. Kim: On August 13, 2023, the court scheduled a hearing for August 23, 2023, at 1:00 p.m. to discuss Plaintiff Williams's motion for leave to serve a supplemental request for production of documents. (R. 147.) Parties are advised that they should be prepared to discuss Plaintiffs' motion to compel and for sanctions, (R. 130), during this hearing. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.