UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Williams, et al.
                                     Plaintiff,

v.                                                    Case No.: 1:22−cv−03773
                                                         Honorable Lindsay C. Jenkins

City Of Chicago, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2023:

       MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, Plaintiffs' motion for leave to serve a supplemental request for production on Defendant City [126] is granted. As for Plaintiff's motion for sanctions and to compel [130], to the extent that Plaintiffs seek sanctions, the motion is entered and continued. To the extent Plaintiffs seek to compel, the motion is denied as moot. In light of these rulings and based on discussions held today, the City is ordered to complete the following by the deadline set: (1) complete the production of responsive emails to Plaintiffs by August 30, 2023; and (2) produce the records related to RD No. JD249126, including but not limited to electronically stored data collected in connection with the investigation, by September 22, 2023. In order to better assess whether the court should impose sanctions against the City for violating the court's order of May 17, 2023, (R. 99), the City is also ordered to provide a chronology of events from May 17, 2023, to July 19, 2023, when the City produced the training materials and court notifications to Plaintiffs. This chronology must include the names and titles of the individuals involved in the collection and production of the court−ordered discovery and their role in the collection and production. Using this chronology, the City should also explain its good cause, if any, as to why it was unable to update the court and seek an extension of the June 9, 2023 production deadline. The City is ordered to file this chronology by September 7, 2023. To the extent that CPD employees are involved, the City may file a redacted public version and an unredacted version under seal if warranted. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.