THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, LUCY PARSONS LABS, and DANIEL ORTIZ, on behalf of himself and a class of similarly situated people,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF CHICAGO, et al.,<br><br>    Defendants. | Case No. 22-cv-03773<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Young B. Kim |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME, FOR LEAVE TO FILE AN
OVERSIZED MOTION TO DISMISS AND OTHER RELIEF**

Defendant City of Chicago ("City"), through its undersigned counsel, respectfully requests an extension of time of seven (7) days, until December 8, 2023, to file its motion to dismiss Plaintiffs' Second Amended Complaint, [ECF Doc. # 214.]. In addition, the City respectfully requests leave to file an oversized motion to dismiss, not to exceed twenty (20) pages, and for Plaintiffs' to have a corresponding number of pages for their response brief. The City's counsel have conferred with Plaintiffs' and Individual Officer Defendants' counsel, and these parties do not oppose this motion. In support of this motion, the City states as follows:

    1.    On October 20, 2023, individual Plaintiffs Michael Williams, Daniel Ortiz, and Derick Scruggs, and organizational Plaintiff Lucy Parsons Labs (collectively, "Plaintiffs") filed their *Amended Civil Rights Class Action Complaint For Declaratory And Injunctive Relief And For Damages* ("Second Amended Complaint"). [ECF Doc. # 214.]

    2.    The Second Amended Complaint consists of 633 paragraphs and 116 pages. *See generally id.*

    3.    In the Second Amended Complaint, Plaintiffs bring eight counts against the City:

1

- Count I - 42 U.S.C. § 1983 – (*Monell* Liability) Violation of Fourth and Fourteenth Amendments (Lucy Parsons Labs and its members, Plaintiff Ortiz, Plaintiff Scruggs and the class of similarly situated individuals against the City)

- Count II – 42 U.S.C. § 1983 – (*Monell* Liability) Equal Protection Clause Violation (Lucy Parsons Labs and its members, Plaintiff Ortiz, Plaintiff Scruggs and the sub-class of similarly situated individuals against the City)

- Count III – 740 ILCS 23/5(a)(2) – Violation of the Illinois Civil Rights Act of 2003 (Lucy Parsons Labs and its members, Plaintiff Ortiz, Plaintiff Scruggs and the sub-class of similarly situated individuals against the City)

- Count X - State Law Claim *Respondeat Superior* (Plaintiff Williams against the City)

- Count XI - Indemnification (Plaintiff Williams against the City)

- Count XII - 42 U.S.C. § 1983 – (*Monell* Liability for Damages) Violation of Fourth and Fourteenth Amendments (Plaintiff Williams against the City)

- Count XXII - State Law Claim *Respondeat Superior* (Plaintiff Scruggs against the City)

- Count XXIII – Indemnification (Plaintiffs Ortiz and Scruggs against the City).

[ECF Doc. # 214.]

4. This Court ordered Defendants to answer or otherwise plead on or before December 1, 2023. [ECF Doc. # 225.]

5. The City cannot meet the December 1, 2023 deadline due to some unforeseen and unexpected circumstances. More specifically, one of the Taft Chicago litigation partners unexpectedly and tragically lost his son and funeral services are scheduled for Friday, December 1, 2023. Members of the City defense team have had to assist with various personal and professional matters arising from these circumstances, which has impacted the preparation of the motion.

6. Consequently, the City requests a 7-day extension of time, until December 8, 2023, to file its motion to dismiss.

7. Plaintiffs' counsel does not oppose the City's request for a 7-day extension of time.

8. Individual Officer Defendants' counsel also do not oppose the City's request but also request until December 8, 2023 to file their answers to the Second Amended Complaint. Individual Defendants will not be moving to dismiss any aspects of the pending complaint. Plaintiffs and the City do not oppose this request.

9. These requests for an extension of time are not being brought to unduly delay adjudication of this matter and will allow for a full and fair determination of the issues in this case and will not cause any party prejudice.

10. In addition, the City respectfully requests leave to file an oversized motion to dismiss not to exceed 20 pages.

11. Local Rule 7.1 and this Court's Standing Order impose a fifteen page limit on the motion to dismiss as well as on Plaintiffs' response to the motion to dismiss.

12. Due to the expansive and complex nature of Plaintiffs' claims and the number of causes of action asserted against the City, the City requests leave to file a motion to dismiss not to exceed twenty (20) pages.

13. The City has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the City's requested extension of the page limit.

14. In turn, Plaintiffs request the same number of pages for their response in opposition to the motion to dismiss. The City does not oppose Plaintiffs' request.

15. Given the nature of the Second Amended Complaint, good cause exists for the parties' requested extension of the page limitation.

16. The parties have also conferred regarding the briefing schedule for the motion to dismiss and propose the following schedule based on the nature and complexity of the issues:

- Plaintiffs' response in opposition to the City's motion is due by 1/19/2024.
- The City's reply in support of its motion to dismiss is due by 2/9/2024.

WHEREFORE, Defendant City of Chicago respectfully requests that this Court enter an Order (1) granting the City until December 8, 2023 to file its motion to dismiss; (2) granting the City's leave to file an oversized motion to dismiss, not to exceed twenty (20) pages; (3) granting Plaintiffs leave to file an oversized response in opposition to the motion to dismiss not to exceed twenty (20) pages; (4) enter a briefing schedule on the motion to dismiss as proposed in paragraph 16, above; and (5) granting the Individual Officer Defendants until December 8, 2023 to file their answers to the Second Amended Complaint.

Dated: November 29, 2023

Respectfully submitted,

**CITY OF CHICAGO**

By: */s/ Michael P. Sheehan*
One of their Attorneys

Michael P. Sheehan
Allan T. Slagel
Barton O'Brien
Ioana M. Guset
Yeoeun C. Yoon
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
Email: msheehan@taftlaw.com
aslagel@taftlaw.com
bobrien@taftlaw.com
iguset@taftlaw.com
yyoon@taftlaw.com