# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lucy Parsons Labs, et al.

                              Plaintiff,

v.                                                          Case No.: 1:22–cv–03773
                                                               Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 16, 2024:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' unopposed motion for extension of time [280] is granted. Plaintiffs now have until April 2, 2024, to serve their settlement demand on the City and the City now has until April 16, 2024, to respond to the settlement demand with an offer. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.