# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lucy Parsons Labs, et al.

                      Plaintiff,

v.                                                         Case No.: 1:22−cv−03773
                                                             Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2024:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for the entry of an agreed ESI protocol [291] is granted. Enter Joint Stipulation and Order on Electronically Stored Information and Inadvertent Disclosures. Parties are ordered to timely comply with Sections 4−6 of the Order. A status hearing is scheduled for July 18, 2024, at 10:00 a.m. by phone. Parties are to use the same call−in information. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.