**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL WILLIAMS, et. al. | ) | Case No. 24-cv-1396 & 22-cv-3773 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Honorable Lindsay C. Jenkins |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING EXPERT DEPOSITION SCHEDULE**

On July 22, 2024, the Court ordered the parties to file a status report advising the Court of the confirmed expert witness deposition schedule. Dkt. 62. Pursuant to that order, the parties state as follows:

1. The Court ordered that the parties' 13 experts were to be deposed between August 5, 2024, and October 31, 2024, with Plaintiffs' group of experts to be deposed first. Dkt. 54, 62.

2. The following is a list of confirmed depositions of Plaintiffs' experts:

    a. Zac Giammarrusco is scheduled for August 16, 2024.

    b. David Lombardo is scheduled for September 10, 2024.

    c. Dr. Brian Cutler is scheduled for September 13, 2024.

    d. Todd Davis is scheduled for September 16, 2024.

    e. Timothy Longo is scheduled for September 24, 2024.

    f. On July 22, 2024, Plaintiff was granted leave to obtain a new GSR expert, and that expert and his/her rebuttal report are due to be disclosed on August 19, 2024. Dkt. 62. His/her deposition remains to be scheduled.

3. The following is a list of confirmed depositions of Defendants' experts:

    a. Dr. Carl Wigren is scheduled for September 25, 2024.

    b. Toby Terpstra is scheduled for September 30, 2024.

    c. Dr. John Wixted is scheduled for October 10, 2024.

    d. Michael Trimpe is scheduled for October 18, 2024.

    e. Michael Haag is scheduled for October 22, 2024.

    f. Michael Brown is scheduled for October 28, 2024.

4. Plaintiff also plans to depose Dr. Reema Khan, a Rule 26(a)(2)(C) expert disclosed by Defendants. The parties have tentatively agreed to take this deposition on either October 1st, 24th or 30th, pending confirmation with the deponent, who is not under either party's control.

| | |
|---|---|
| Respectfully Submitted, | August 2, 2024 |
| ***Counsel for Plaintiffs*** | ***Counsel for Individual Defendant Officers*** |
| /s/ *Elizabeth Mazur*<br>Elizabeth Mazur<br>Hughes Socol Piers Resnick & Dym, Ltd<br>70 W. Madison, Suite 4000<br>Chicago, Illinois 60603<br>312.580.0100<br>emazur@hsplegal.com | By: /s/ *Neha Locke*<br><br>Shneur Nathan<br>Avi Kamionski<br>Helen O'Shaughnessy<br>Neha Locke<br>Ashley Brody<br>Special Assistant Corporation Counsel<br>Nathan & Kamionski LLP<br>206 S. Jefferson St.<br>Chicago, IL 60661<br>(312) 612-1079 |
| Jonathan Manes<br>Alexa Van Brunt<br>Roderick & Solange MacArthur Justice Center<br>160 E. Grand Ave, 6th Fl.<br>Chicago, IL 60611<br>(312) 503-0012<br>jonathan.manes@macarthurjustice.org<br>alexa.vanbrunt@macarthurjustice.org | |
| Daniel Massoglia | |

Joseph DiCola
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
daniel@first-defense.org
joseph@first-defense.org

## **CERTIFICATE OF SERVICE**

 I, the undersigned attorney, hereby certify that I caused the foregoing document to be filed with the Court's CM/ECF system, which provided electronic notice and a copy of the same to all counsel of record.

*/s/ Neha Locke*