IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daniel Ortiz, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Chicago, et al., <br><br> Defendants. | Case No. 22-cv-3773 <br><br> Judge Georgia N. Alexakis <br> Magistrate Judge Young B. Kim |
| Michael Williams, <br><br> Plaintiff, <br><br> v. <br><br> City of Chicago, et al., <br><br> Defendants. | Case No. 24-cv-1396 <br><br> Judge Georgia N. Alexakis <br> Magistrate Judge Young B. Kim |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL FOR PLAINTIFFS

Attorney Daniel Massoglia respectfully moves to withdraw the appearance of counsel Emma Melton for Plaintiffs Daniel Ortiz, Derick Scruggs, and Michael Williams, and in support states as follows:

1. Attorney Emma Melton was until recently employed at First Defense Legal Aid, and had previously filed an appearance on behalf of Plaintiffs.

2. Ms. Melton is no longer employed by First Defense Legal Aid and no longer represents Plaintiffs.

3. Plaintiffs are represented by other counsel and will not be prejudiced by the withdrawal of Ms. Melton's appearance in this matter.

Respectfully submitted,

/s/Daniel Massoglia
*One of Plaintiff's Attorneys*

Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
336-575-6968
daniel@first-defense.org

*One of Plaintiff's Attorneys*

## **CERTIFICATE OF SERVICE**

      I, Daniel Massoglia, certify that a copy of the foregoing document was filed on September 13, 2024 using the CM/ECF system, which generates electronic notice to counsel of record.

                                                  /s/Daniel Massoglia
                                                  *One of Plaintiff's Attorneys*