**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DANIEL ORTIZ and DERICK SCRUGGS, on behalf of themselves and a class of similarly situated people,

        Plaintiffs,

        v.

CITY OF CHICAGO, et al.,

        Defendants.

Case No. 22-cv-03773

Judge Georgia N. Alexakis

Magistrate Judge Young B. Kim

**AGREED MOTION FOR EXTENSION OF TIME TO THE
NON-ESI DOCUMENT PRODUCTION DEADLINE**

Defendant City of Chicago (the "City"), by and through its undersigned counsel, requests this Honorable Court, pursuant to Fed. R. of Civ. P. 6, for an extension of time to the deadline for the production of non-ESI documents (Doc. 346) for thirty (30) days until August 11, 2025. In support of this unopposed motion, the City states as follows:

1.      On May 8, 2025, this Court granted the parties Joint Motion for Extension of Time to the Non-ESI Document Production Deadline (Doc. 345) and ordered the parties to complete the production of non-ESI documents in response to *Monell* discovery requests by July 11, 2025 (Doc. 346).

2.      The parties reported at the June 16, 2025 in-person hearing (Doc. 371) and June 23, 2025 telephonic hearing (Doc. 372) that they exchanged in settlement discussions to achieve a global resolution of this matter.

3.      The Court's June 23, 2025 Minute Order states that "if the City seeks to amend the July 11, 2024 deadline for producing non-ESI documents [pending settlement negotiations], the court's ruling on the motion will depend on the respective settlement positions." (Doc. 372.)

4. On June 24, 2025, the parties met with Judge Alexakis in chambers for a summary judgment conference per Judge Alexakis' standing orders. (Doc. 373.) The parties advised the Court of the status of discovery and settlement discussions during the conference on summary judgment. Judge Alexakis ordered the parties to file a joint status report by July 29, 2025, on settlement progress, and if the matter remains unresolved at that time, the parties were ordered to propose a briefing schedule for defendants' anticipated motions for summary judgment. (*Id.*)

5. The parties continue to make progress in their discussions but their settlement discussions are still on-going. On July 2, 2025, the parties jointly submitted a settlement statement to the Court with a status on the parties' settlement negotiations in accordance with this Court's June 23, 2025 Order. (Dkt. 372.)

6. A short extension of time to complete non-ESI discovery will allow the parties an opportunity to focus their efforts on a global resolution of this case while conserving the costs and resources of the parties.

7. Accordingly, the City moves this Court for a thirty-day (30) extension until August 11, 2025 to complete the production of non-ESI documents in response to *Monell* discovery requests.

8. Counsel for the City has conferred with Plaintiffs' counsel, and Plaintiffs agree with the City's request for a thirty-day extension of time for the parties to complete the production of non-ESI documents in response to *Monell* discovery requests.

9. This request for an extension of time is not being brought to unduly delay adjudication of this matter and will allow for a full exploration of a potential settlement of all claims, and will not cause any party prejudice.

10. Moreover, an extension for the production of non-ESI documents will not delay the ultimate adjudication of this case because ESI discovery will be continuing past the requested extension of August 11, 2025. (Docs. 347, 353.)

WHEREFORE, Defendant City of Chicago respectfully requests that this Court grant this unopposed motion for extension of time for the production of *Monell* non-ESI documents to August 11, 2025, and grant such additional relief as this Court deems just.

Date: July 2, 2025                                        Respectfully Submitted,

CITY OF CHICAGO

By:    */s/Michael Sheehan*
          Michael P. Sheehan
          Allan T. Slagel
          Barton O'Brien
          Ioana M. Guset
          Yeoeun C. Yoon
          Hudson T. Cross
          TAFT STETTINIUS AND HOLLISTER LLP
          111 East Wacker Drive, Suite 2600
          Chicago, Illinois 60601
          Telephone:     (312) 527-4000
          Facsimile:      (312) 527-4011
          msheehan@taftlaw.com
          aslagel@taftlaw.com
          bobrien@taftlaw.com
          iguset@taftlaw.com
          yyoon@taftlaw.com
          hcross@taftlaw.com

          *Counsel for Defendant City of Chicago*

174122779v1

3