## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Daniel Ortiz and Derick Scruggs, )<br>on behalf of themselves and a class )<br>of similarly situated people, )<br> )<br>                  Plaintiffs, )<br>     v. )<br> )<br>City of Chicago, Chicago Police Officers )<br>Harsimran Powar (No. 17135), Michael )<br>Matias (No. 18985), Fidel Legorreta )<br>(No. 5902), Theodore Andrews Jr., )<br>(No. 7099), and Sarah Keckley (No. 7041), )<br> )<br>                  Defendants. ) | Case No: 2022 C 3773<br><br>Judge Georgia N. Alexakis<br><br>Magistrate Judge Young B. Kim |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Daniel Ortiz and Derick Scruggs, Defendant City of Chicago, and Defendants Harsimran Powar, Michael Matias, Fidel Legorreta, Theodore Andrews, Jr., and Sarah Keckley (the "Parties"), and by their respective attorneys of record, that this matter has been settled by the Parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice seventy-five (75) days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the seventy-five (75) days. Each side shall bear its own costs and attorneys' fees.

Signed by:
_Daniel Ortiz_
_____
Daniel Ortiz, Plaintiff
Address: __2728 n 74th ct__
__Elmwood park,il -60707__
Date of birth: __10/19/1985__
*SSN: _____

DocuSigned by:
_Derick Scruggs_
_____
Derick Scruggs, Plaintiff
Address: __10028 S. Yale__
__Chicago Illinois-60628__
Date of birth: __03/21/1992__
*SSN: _____

Signed by:
_____
Jonathan Manes
Attorney for the Plaintiffs Daniel Ortiz,
and Derick Scruggs
Roderick & Solange
MacArthur Justice Center
160 E. Grand Ave, 6th Fl.
Chicago, IL 60611
(312) 503-0012
Attorney No. __6340642__
FEIN: __36-4445595__
DATE: __8/14/2025__

DocuSigned by:
_____
Elizabeth Mazur
Attorney for the Plaintiffs Daniel Ortiz,
and Derick Scruggs
Hughes Socol Piers Resnick & Dym, Ltd
70 W. Madison, Suite 4000
Chicago, IL 60603
(312) 580-0100

City of Chicago
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: _____
Michael P. Sheehan
Special Assistant Corporation Counsel
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 836-4139
Attorney No. 6238081

DATE: __August 13, 2025__

_____
Helen O'Shaughnessy
Attorney for Defendants Harsimran Powar,
Michael Matias, Fidel Legorreta, Theodore
Andrews, Jr., and Sarah Keckley
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 612-1079
Attorney No. 6292881

DATE: __8/13/25__

Attorney No.   6290163

FEIN:   36-3339308

DATE:   8/14/2025

Signed by:

Daniel Massoglia
Attorney for the Plaintiffs Daniel Ortiz,
and Derick Scruggs
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
(708) 797-3066
Attorney No.   6317393

FEIN:   na

DATE:   8/14/2025


*Providing SSN is voluntary

174556926v7